# EXHIBIT A

Case 3:23-cv-00844-JCS   Document 1-2   Filed 02/24/23   Page 2 of 83

**Forbes** / Tech / #MarketMoves

JAN 31, 2018 @ 01:21 PM    44,117 👁

# RaiBlocks Rebrands To 'Nano' -- XRB Price Has Surged 41% In 24 Hours, With 20% Bull Run This Morning



**Jesse Damiani,** CONTRIBUTOR

*I cover the human side of VR/AR, Blockchain, AI, Startups, & Media.* **FULL BIO** ∨

Opinions expressed by Forbes Contributors are their own.



Nano

*New Nano name and logo*

**New year, new rules.**

It's been a wild couple months for cryptocurrencies worldwide, with major swings of volatility. RaiBlocks is no exception, having rocketed up from less than $0.25 on Dec. 1 to nearly $35 earlier this month. But amid all that movement and growing name-recognition, one team has decided to rebrand.

According to a blog post out today, RaiBlocks is officially  becoming 'Nano.' The decision came after the team gathered together to discuss their vision of the future:

> In November, the team gathered to discuss the future of Raiblocks and develop plans to further the project's growth. One topic discussed was the name itself ("Is it, ray or rye?," "Ditch the Blocks!," "Just call it Rai!"). Feedback from the community suggested that improvements could be made to better resonate with the public and a mainstream audience. Because of this, our team made the decision to rebrand.

[Ed note: Investing in cryptocoins or tokens is highly speculative and the market is largely unregulated. Anyone considering it should be prepared to lose their entire investment.]

The company went on to explain the rationale behind the new name and logo:

> The Core Team wanted a name that represented the simplicity and speed of the project, and Nano does just that. The new logo uses several nodes, playing on the block-lattice design of the network, that connect to form an "N." All social media accounts will be updated to reflect the name and logo changes. The new website is nano.org.

All XRB funds, wallets, and transactions will continue to operate as they have.

# XRB Price Surge

XRB was trading for $14.02 10:24am PST Jan. 30, according to CoinMarketCap. At the same time the next day, that number was $19.81, marking growth of 41 percent.



*XRB price movement*

Whether or not the name change will have the desired outcome, only time will tell. Since the original post went up around 7:00am PST Jan. 31, The XRB price has grown from 16.41 to $19.81, or over 20 percent.

Other factors could be influencing this growth, including new exchange listings and an increased interest in Directed Acyclic Graph (DAG)-based cryptocurrencies.

"[Nano] has been gathering momentum over time as people become more aware of the advantages of DAG-based cryptocurrencies, and as more exchanges list their coin," Blockchain Consultant Chadwick Strange said. "KuCoin ran into some issues managing the high volume demand when they listed XRB—which was resolved with time—the lessons learned from KuCoin listing should help prepare for a smooth listing in Binance, which is expected very soon."

*Jesse Damiani is Editor-at-Large of VRScout, Series Editor of Best American Experimental Writing, and CEO of Galatea, a screenwriting and project management tool for AR and VR stories.*



Vamshi Vangapally  [Follow]

Blockchain | UI/UX | Investments

Jan 31 · 3 min read

## What happens to my XRB after Nano rebranding?

Since Raiblocks (XRB) have officially announced about the rebranding to Nanocurrency with new website nano.org—there are lot of questions running in everyone's mind. Answers for few of them are here.



### Are my XRB automatically converted to Nano?

Yes! You don't have to do anything. If you had 10 RaiBlocks (sometimes referred to as 10 mrai), you now have 10 Nano. You can hodl them, send them, request them or trade them same as always.

Some exchanges may be in the process up upgrading to show XRB is now Nano. You can either use caution and wait until their upgrade is

# EXHIBIT B

3/4/2018     What happens to my XRB after Nano rebranding – Hacked: Nano...

Case 3:23-cv-00844-GCS   Document 1-2   Filed 02/24/23   Page 7 of 83

finished or go ahead.

## Do the denominations change

№10 XRB (or 10 mrai) is 10 Nano. The only thing that changes is the ticker (remember to use $NANO on Twitter)

## Is my wallet address the same?

Yes! Your wallet address will continue to be xrb_… for the short term. You can still transact just as you did before.

## What if my funds are on RaiWallet

RaiWallet is rebranding to https://nanowallet.io/ but still has the same backend and the same code. The only things that are different are the website name, design and URL. It is still our official web wallet.

## What if my funds are on the old Desktop Wallet

Your funds are still safe on there. We are also rolling out new desktop and mobile wallets soon. As long as you have your Wallet Seed backed up, you can use those funds on any of our new wallets. We encourage you to update to one of our new wallets so you can use the latest and greatest in Nano tech.

## What will happen to @Raiwalletbot?

Now you must use @NanoWalletBot to manage your funds. Open and find your accounts of the old raiwalletbot, with everything intact, except that it has a new logo and name.

*This article is replicated from information posted on Reddit to reach more audience as most of crypto-investors are on Medium. Original post is here*

Once your questions are all answered and wondering how to buy Nano (previously called as Raiblocks). Head out to following articles depending on exchange you want to buy.

## Binance



Where & How to buy Nano (NANO or XRB)

Comprehensive guide on understanding what is

Nanocurrency (previously called RaiBlocks),...

hackernoon.com



## KuCoin

### How to buy RaiBlocks aka XRB

Comprehensive guide on understanding what is Nano (RaiBlocks), It's token, purpose and how to...

hackernoon.com



Thanks for reading. Hope you've found it informational. If you would like to receive updates on my new articles, follow me on Twitter & Medium



# EXHIBIT C

Case 3:23-cv-00844-JCS Document 1-2 Filed 02/24/23 Page 10 of 83

  

*market*Mogul.



**CRYPTOCURRENCIES**

# Nano: RaiBlocks Confirms Rebranding Effective Immediately

 ⏱ 2 min read / January 31, 2018

By **Paddy Baker**

The digital asset RaiBlocks (XRB) has confirmed on Wednesday that it will be rebran Nano.



On a blog-post posted today, the XRB team said that the decision to change the nam would represent "the simplicity and speed of the project". The new logo uses nodes c together to form the letter 'N'.





Raiblocks admitted the original name had had a mixed reception from consumers, wit confusion on how it was supposed to be pronounced. They decided to find a name w would "better resonate" with the public and mainstream audience.





XRB has specialised in ensuring that very small transactions or 'micropayments' happ
quickly. Unlike other cryptos, XRB cannot be mined and there is no hard cap, tokens
issued centrally. The original name was a playful reference to the giant, unwieldy Rai
that were used as currency on various Micronesian islands until the beginning of the
century.

The new name and logo design will be updated onto the digital asset's social media a
and the website name will be changed to 'nano.org'; addresses will continue to start v
for the time being. All XRB funds, wallets and transaction will continue to operate as u

The RaiBlocks, now Nano team, said that they had met up in November to discuss th
of the company and had decided to rebrand at the meeting.

Although the t                                                                    has

**CONTINUE READING**

Capita:
Shock
Profit
Warning
Wipes



# £1bn of Company Value



⏱ 2 min read / January 31, 2018
By **Paddy Baker**






£1bn was wiped off the value of public services provider, Capita, after the company is
shock profit warning on Wednesday.

City analysts had predicted profits of £400m for Capita in 2018, but the group warned
expected profits to be between £270m-300m.

Capita is now expected to take evasive actions, including axing dividend payments an
means to raise £700m so as to put finances back on track. The company has debts o
and a pension deficit of £380m.

At the news, share prices in Capita crashed 45% to £1.90, its lowest price since Janu
2003.

Market summary  ›

## Capita PLC
LON: CPI

Overview    News    Compare    Financials

**CONTINUE READING**



The UK's
Political
and
Economic
Challenges
in Going It
Alone



⏱ 4 min read / January 31, 2018
By **John Theodore**

In the past, British foreign policy has always been directed to support its global export trading initiatives. The nation's prosperity relies on this. But leaving the EU – even with comprehensive' trade agreement – will not be enough. Observers at the Davos Economic Summit already note that Britain's standing in the world has taken a knock.



Case 3:23-cv-00844-JCS   Document 1-2   Filed 02/24/23   Page 14 of 83






In political terms, its planned exit from the EU removes it from the world's most influen
Even while <u>negotiating</u> this exit with a two year transition period, it has to accept EU I
any new EU rules without the power of influence or veto. These conditions have beer
directly by the EU27 in their instructions to the Brussels negotiators.

## Going it Alone

The perception of weakness in Brussels, as in other European capitals, is encourage
inability of Theresa May's minority administration to agree on the terms of a transition
agreement. In addition, her cabinet ministers seem incapable of forming a consensus
kind of final trade deal they wish to negotiate with the EU27.

Currently, her government is defending unofficial leaks from Dexeu (The Department
the European Union), which is responsible for overseeing negotiations for the UK's w
from the EU. These leaks have caused substantial embarrassment for Brexiteers, as
demonstrate that no economic scenario exists for Britain being better off economically
the EU.

In going it alone, Britain's foreign policy establishment must now prepare for new cha
This means ta

CONTINUE READING



# EXHIBIT D

# Raiblocks Cryptocurrency Rebrands as Nano as Coin's Price Soars

Bye blockchain, hello block lattice.

By Alasdair Wilkins on January 31, 2018
Filed Under Bitcoin, Blockchain & Power

I t's been a rough day and a rougher week for cryptocurrency, but one coin is taking a drastic step to change its fortunes. The team behind the cryptocurrency Raiblocks announced Wednesday that the coin is officially rebranding itself as Nano, and the early returns for the coin are promising.

The cryptocurrency is the 20th largest in the world according to CoinMarketCap, with a $2.6 billion market cap. The coin's price is up to about $20, up from a recent low of $13 on January 29. That isn't the coin's all-time high, as it reached as high as $33 in early January amid the general cryptocurrency boom, but it's one of relatively few coins that has shown signs of recovery amid the general downturn.

The big idea behind what is now Nano is the block lattice, a variation on the blockchain technology that underpins cryptocurrencies like bitcoin. The tech is a direct reaction to a central problem with bitcoin, which is that its ever-expanding digital ledger makes transaction times painfully slow and consumes infamously large amounts of power. Nano gives each account key its own distinct blockchain that then replicates to other peers on the network. This speeds up processing times and reduces energy needs.

This smaller-scale, networked approach is part of the reason the team says they made the shift to the new name — along with the fact nobody could quite agree how to pronounce "Raiblocks."

"The Core Team wanted a name that represented the simplicity and speed of the project, and Nano does just that," the team writes in a Medium post [announcing the move]. The new logo uses several nodes, playing on the block-lattice design of the network, that connect to form an 'N.'"

The team assured users that the switchover would be seamless, with all funds, wallets, and transactions expected to continue operating normally. The team also promised the introduction of a desktop and ioS mobile wallet later in 2018. The coin has also been added to new exchanges like Kucoin and Bit-Z, fueling general optimism for the relaunched cryptocurrency.

# EXHIBIT E

Case 3:23-cv-00844-JCS Document 1-2 Filed 02/24/23 Page 18 of 83



# RaiBlocks Rebrands To Nano: Excellent Mid-Week Price Development

 By **Alex Tomzack**    Last updated **Jan 31, 2018**      **ALTCOIN NEWS**



A fascinating year for its enthusiasts was just left behind by RaiBlocks, with an unprecedented growth finale in December to sum it up. As mentioned in a press writing, the team behind RaiBlocks did gather around the table in November to discuss the future and what is coming next for the project.

Since then, it has been on plan for a rebrand to take place as the feedback by the community did support the idea for a name change so it better resonates with the public and mainstream audience. So *Nano* has been announced.



The Core Team wanted a name that represented the simplicity and speed of the project, and Nano does just that. The new logo uses several nodes, playing on the block-lattice design of the network, that connect to form an "N." All social media accounts will be updated to reflect the name and logo changes. The new website is nano.org.

On the other hand transactions, wallets and all funds will still function on the way they were before. xrb_ will continue to be on the start of addresses temporarily as the team will be introducing nano_ addresses.



> 99
>
> "The launch of Nano is just the beginning of what will be an exciting 2018! Beta testing sign-ups are open for both the desktop wallet and iOS mobile wallet."

Nano [XRB] is close to testing the major $20.00 resistance which end Dec and beginning of January did act as an important support. For the moment it is changing hands at $19.60 with 37.81 percent gain in the last 24-hours. Clearing the hurdle could open doors for more surge during the day.



Nano    Raiblocks    Rebrand



### Alex Tomzack

Alex Tomzack is a crypto-enthusiast and has been fascinated since first hearing about it. Loves technology, writing, culture while being a regular trader and holder of digital assets.

Email: alex@ethereumworldnews.com

---

**ADVERTISE WITH BITCOINS**        **ABOUT US**        **CONTACT US**        **ICO CALENDAR**

**WRITE FOR ETHEREUM WORLD NEWS**        **OUR CONTRIBUTORS**

© 2018 - Ethereum World News. All Rights Reserved.

# EXHIBIT F

Search

# THE CRYPTOCURRENCY NEWS

## EVERY FIVE MINETS UPDATE LATEST THE CRYPTOCURRENCY NEWS


**Revolution in the field of decentralized apps!**


**Simple way to make money mining even through phone ...**


**" Cryptocurrency that can be mined without the need for powerful equipment ..."**


**" This cryptocurrency will change the world!"**


**This will be the fastest cryptocurrency in the world!**



HOME   ABOUT US   CONTACT US   TERMS OF SERVICE   DISCLAIMER

You are here   » Home   » Cryptocurrency News   » RaiBlocks Rebrands to Nano | XRB Price Surges in Just 24 Hours

**Bitcoin casino FortuneCoins gives 300% bonuses**
Easy way how to get bitcoins
fortunecoins.club

#XRB  altcoin  altcoin news  altcoin prices  Altcoins  Bitcoin  buy litecoin  bytecoin  crypto coins  cryptocurrencies  cryptocurrency charts  cryptocurrency list  cryptocurrency market  Cryptocurrency News  dash coin  digibyte  digital currency  editorial  Litecoin  litecoin wallet  Nano  Nano News  nest cryptocurrency  new cryptocurrency  peercoin  prconnect  Raiblocks  Raiblocks News  RaiBlocks Rebrands to Nano  ripple coin  ripple price  trending  vertcoin



## RAIBLOCKS REBRANDS TO NANO | XRB PRICE SURGES IN JUST 24 HOURS

📅 JANUARY 31, 2018    👤 KMLEVO    🏷️ HOURS, NANO, PRICE, RAIBLOCKS, REBRANDS, SURGES, XRB



Search

## TAGS

amp (229)   Analysis (153)

BCC (380)   big (143)   Bitcoin (1821)

Blockchain (685)   BTC (585)

Buy (194)   Cash (154)   Coin (357)

Coinbase (228)   coins (196)

Crypto (1054)

Cryptocurrencies (307)

cryptocurrency (1200)

cryptocurrency calculator (372)

cryptocurrency exchange (372)

cryptocurrency market (372)

cryptocurrency mining (372)

cryptocurrency news (372)

cryptocurrency prices (372)

cryptocurrency wallet (372)

currency (142)   Ethereum (264)

Exchange (351)   Future (140)

ICO (593)   IOTA (175)

In the latest crypto news, RaiBlocks rebrands to Nano.

The instant transactions, zero fees, infinitely scalable altcoin RaiBlocks (XRB) announced today that it would be rebranding itself. Nano will be its new identity. That means no more uncertainty over the pronunciation of the name – Ray? Rye? – because now the name is sleek and simple. The question now becomes, what does a rebrand mean for Nano?

So far, it's purely good news. Currently, XRB is selling for $19.81. The coin has gone up 37.77% in the last 24 hours, making it the biggest crypto changer for the day. However, it's not quite clear whether this increase is due to the rebranding or if it's just part of the ebb and flow of crypto. XRB has, after all, done better in the past, selling for $36.00 at the beginning of January.

>> Coincheck exchange will repay hack victims




Source: CoinMarketCap

Nano is ranked as the 22nd highest cryptocurrency by market cap.

RaiBlocks rebrand has been highly anticipated and much discussed by those in the crypto community. People can't seem to decide if the rebranding is a good idea or not. On the one hand, Nano is, relatively speaking, a more workable name to market and pump people up about. On the other hand, transitions like this always run the risk of confusion, not everyone gets the memo that the rebrand has taken place.

>> Facebook bans Bitcoin ads

On top of that, there is the wallet Ledger Nano S. The wallet and the token have nothing to do with each other, but now that RaiBlocks is going to be going by Nano, some people might think they do.

The team obviously thinks this is the right move for the token. According to them, all processes will remain the same and for the time being, addresses will continue being listed as xrb_. nano_addresses will come later down the road. The team is open to any and all questions the community may have about the rebranding process and transition.

The team wanted a name to reflect what the crypto represents: simplicity and speed. For them, Nano is the answer.

Is Nano the answer for you?

>> Faceter ICO presale

*Feature image: Forbes*

list cryptocurrency (372)
market (367) money (147)
Network (215) News (165)
Platform (193) Price (357)
Ripple (236) Technology (137)
time (190) today (156)
Token (251) Top (183)
trading (335) Update (161)
Wallet (151) Year (149)

# EXHIBIT G

Altcoin   Noticias

# Raiblocks (XRB) confirma Rebranding para "Nano"



Studio Bitcoin  •  31/01/2018    💬 1



LET'S START BUILDING
A PORTFOLIO TOGETHER.

A criptomoeda **RaiBlocks** (XRB) confirmou nesta quarta-feira que estaria dando um Rebranding para **Nano**.

Através de uma **publicação** no blog, a equipe da XRB disse que a decisão de mudar o nome para Nano representaria "a simplicidade e a velocidade do projeto". O novo logotipo tem um formato de um "N", com um design muito melhor que o antigo.

Raiblocks admitiu que o nome original tinha uma recepção mista dos consumidores, com alguma confusão sobre como deveria ser pronunciado. Eles decidiram encontrar um nome que "melhorasse" para o público.

A XRB se especializou em garantir que as transações muito pequenas ou "micro pagamentos" aconteçam rapidamente.

O novo design de nome e logotipo serão atualizados nas contas de mídias sociais do ativo digital e o nome do site será alterado para "nano.org"; Os endereços continuarão começando com "XRB" por enquanto. Todos os fundos XRB, carteiras e transações continuarão a funcionar como de costume.

O RaiBlocks, agora time da Nano, disseram que se conheceram em novembro para discutir o futuro da empresa e decidiram dar um Rebranding na reunião.

Embora a postagem do blog fala sobre "crescimento sem precedentes" em dezembro, janeiro não foi o melhor mês para a **XRB**, que vinha sendo negociado na metade dos valores máximos, em torno de US$ 16,85. Atualmente seu preço é de US$ 19,07, é conta com uma capitalização de mercado de aproximadamente US$ 2.5 bilhões de dólares. A criptomoeda se posiciona em 22º no ranking do coinmarketcap.

# O que é Rebranding?

Rebranding é uma estratégia de marketing, no qual uma organização decide alterar a sua denominação, ou o seu logotipo, ou o seu design, ou outros elementos identificativos, para formar uma nova identidade.

## Receba os principais destaques sobre Bitcoin 🔔 

- Telegram: **https://t.me/studiobitcoin**
- Facebook: **https://www.facebook.com/StudioBitcoin/**
- Twitter: **https://twitter.com/StudioBitcoin**
- E-mail: **Newsletter**





## Most Profitable Crypto
Popular Cryptocurrency

These 4 Cryptocurrencie
Are Set To Surpass
Bitcoin's Market Cap

---

■ **Um comentário**

# EXHIBIT H

# ✳ NANO

## Community Program

### Ambassadors, Moderators & Community Managers

## Community Ambassadors

- Vatsal 🐦 @VatsalPSavani
- Anwesh Mohapatra 🐦 @gokuafrica
- Corentin Hanonge 🐦 @C_Hanonge
- Alyo 🅰 u/alyo
- Peter Nelson 🐦 @automatic_blues
- Forest Horsman 🐦 @ForestNanoo
- Vinicius Barbosa 🐦 @vinibarbosa
- Moncho 🐦 @rariop
- Gabriel Yankson
- Carlos Murgas 🐦 @elperfilbajo
- Azrenix 🐦 @Azrenix
- Aaron Henderson 🐦 @naanoron
- Samuel Olapade 🐦 @olapadesam00
- NanoNerd99 🐦 @nanonerd99
- Matthew Inderwiesen 🐦 @minderwiesen

## Community Moderators

- Azad
- Wong Kai Jeng
- Ort
- Malay Yadav 🎮 Mr llama#4886
- Ayush Kumar
- Ashwin Nadar
- Ashish George Sojan
- Tang Chun Wei 🎮 dahtank#5604
- Jacob Millen 🎮 farmHand#7916
- Etugbo O. Stephen 🎮 Stephen#2969
- Stefan Ohlsen 🎮 Blizzard93#4l45
- Vamshi Krishna K 🐦 @NanoshiNakamoto

## Community Managers

- Rafael M. Serrano 🎮 SkavatoR#4532
- George Basil 🐦 @GodguyNano
- Ron Spoelstra
- Sergio Tolentino 🎮 sertoghimself#5246
- James Patterson 🐦 @Jamie_Patterson

# EXHIBIT I

Connect With Us – Nano Foundation Community and Contact Page

 NANO

Get Started ⌄    Learn More ⌄    Nano Hub ⌄        **Try Nano**

# Connect With Us

## Get some support

For technical issues, connect with the community by posting on our dedicated forum.

Visit Forum →

For non-technical help and general questions, join our active Discord server.

Join Discord →



@nano

152k followers



/nanocurrency

121k members



@nano

3.4k stars



chat.nano.org

32k members



/nano-foundation

3.3k followers



/nanofoundation

7.1k readers



/nanocurrency

2.4k followers



/nanocurrency

7.7k members

# Wish to contribute to nano,
## but don't know where to start?

We use necessary cookies to make our site work. By using this and related Nano.org sites, you are accepting these cookies. For more detailed information, see the Cookies section in our **Privacy Policy**.

Dismiss

# EXHIBIT J

✳ NANO

Get Started ⌄

Learn More ⌄

Nano Hub ⌄

I use nano to
send money abroad





## Nano is a digital currency for everyone, without fees.

 **Zero Fees**

It doesn't cost anything to send nano, making it practical and inclusive for all the world.

 **Eco-Friendly**

Without relying on mining, printing or minting, nano is a sustainable solution to money.

 **Instant Payment**

You don't have to wait to use digital currency, nano is ready when you are.

We use necessary cookies to make our site work. By using this and related Nano.org sites, you are accepting these cookies. For more detailed information, see the Cookies section in our **Privacy Policy**

Dismiss

Try Nano



# Nano is a new currency that happens to be digital.

Just like the cash in your pocket, choosing to transact with nano ensures that 100% of the value is transferred directly to the recipient.

Created to facilitate both local and international payments, choosing to use nano makes moving money across borders effortless and feeless.

**Try Nano**

## What can I do with nano?

## Explore the rich ecosystem of apps, merchants and exchanges.

- Merchants ↓
- Gaming ↓
- Merchant Solutions ↓
- Wallets ↓

## Latest Updates

✕ NANO
*Accept* **Worldwide**
**Donations** For Free



Accept Worldwide Donations For Free With Nano | The Donation Tool EVERY Non-Profit Organization...



✕ NANO

nano.org

**Nano Digest**

V23.1 Release, NF Continues Growing, Nigeria Growth Blog, First Crypto Transaction In Parliament, And More

JUNE 2022

Nano Digest—V23.1 release, NF continues growing, Nigeria Growth Blog, and more



✕ NANO

FOLLIS
V23

PROTOCOL UPDATE

Current DDoS nano network attack and V23.1 fixes

What has happened?

19 May, 2022

View all updates



REMITTANCES

MICROTRANSACTIONS

ONLINE & IN STORE PAYMENTS

FOREIGN EXCHANGE & TRADING

BANKING INFRASTRUCTURE

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!



✳ | NANO

**11 Jul, 2022**

Donations are a powerful way for a non-profit organization to raise funds. But borders are an issue when it comes to digital payments, and therefore, donations. Especially for non-profit organizations looking to accept donations from people worldwide. The process to donate should be as frictionless as possible. Making it easier for people to…

**10 Jun, 2022**

Since our last Digest at the start of April, a lot has happened in a short space of time and so we felt it prevalent to share a digestible summary of all the goings on, whether that is the brand new Nigeria Growth blog, nano transactions in UK Parliament or indeed the DDoS attacks that have unfortunately been actioned against nano nodes over the…

**Get Started**

Try Nano
Accept Nano
Developers

**Learn More**

Sustainability
News & Resources
Currency Kit
Frequently Asked Questions
Nano Foundation
Blog
Connect With Us

**Nano Hub**

Merchants
Wallets
Merchant Solutions
Trading
Gaming
More

Nano Foundation is not responsible for the content of external sites. See the external links section of our Terms of Use.

© 2022 Nano Foundation. Terms of Use. Privacy Policy.

# EXHIBIT K

✳ NANOHUB

# Trading

Buy, sell, and trade nano (XNO) on many exchanges



Search All Items

Platforms
All Platforms  ‹

Features
Filter by  ‹

Currencies
Filter by  ‹

53 Results

### Kraken
Cryptocurrency exchange with features from simple to advanced for buying and trading nano

Advanced Trading  |  Allows Withdrawals  |  iOS  |  Android

VISIT WEBSITE ›

### Crypto.com
Trade, buy or get a credit card to spend your nano with merchants all across the world

Other currencies  |  Allows Withdrawals  |  VISA Credit Card  |  Android  |  iOS

VISIT WEBSITE ›

### Bitvavo
European exchange for buying and trading nano with other cryptocurrencies

Allows Withdrawals

VISIT WEBSITE ›

### MoonPay
Buy nano using a variety of currencies including the US dollar, Euro, British pound and more

Allows Withdrawals  |  Swap Service

VISIT WEBSITE ›

We use necessary cookies to make our site work. By using this and related Nano.org sites, you are accepting these cookies. For more detailed information, see the Cookies section in our Privacy Policy.

Dismiss

≡

PDFmURL

### CoinGate

Accept, trade and manage nano on a platform that also provides payment gateway options

Allows Withdrawals

VISIT WEBSITE ›

### Changelly

Swap service for trading a variety of currencies for nano

Other currencies | Allows Withdrawals | Swap Service | Android | iOS

VISIT WEBSITE ›

### Swapzone

Swap other cryptocurrencies and stablecoins for nano with many options based on exchange rate and speed

Allows Withdrawals | Other currencies | Swap Service

VISIT WEBSITE ›

### Binance US

Platform for U.S. citizens to buy and trade nano against select currencies

Android | iOS | Allows Withdrawals | Advanced Trading

VISIT WEBSITE ›



### Simplex

Buy nano from across a network of brokers using many currencies including the Mexican Peso, Japanese yen and more

Allows Withdrawals | Swap Service

VISIT WEBSITE ›



### Binance

Platform for buying and trading nano against a variety of other currencies

Allows Withdrawals | Other currencies | Android | iOS | Advanced Trading

VISIT WEBSITE ›

### EasyCrypto.com

Simple service to buy nano from a few local currencies

Swap Service | Allows Withdrawals

VISIT WEBSITE ›



### Wirex

Trade, buy or get a credit card to spend your nano with merchants all across the world

VISA Credit Card | Allows Withdrawals | iOS | Android

VISIT WEBSITE ›

# EXHIBIT L

 Gmail

## Listing NANO on Coinbase Pro

From: **Coinbase Pro | Digital Asset Exchange** <listing@coinbase-pro.com>
Date: Wed, Oct 17, 2018 at 3:00 PM
Subject: Listing NANO on Coinbase Pro
To: <press@nano.co>

Hello team,
This is Emma from **Coinbase Pro**.

Our team is researching for new coins and tokens for listing on our exchange and we would like to propose you adding **NANO** for trading on the platform.

We offer listing against BTC, USD, EUR and/or GBP pairs.

Kindly let us know are you interested in proceeding further.

Looking forward to hearing from you.

Best regards,
**Emma Sutton**
Partnership manager



CONFIDENTIALITY NOTICE
The information contained in this communication, including any attachments, may be confidential, is intended only for the use of the named recipient(s), and may be legally privileged. If you are not a named recipient(s), please notify the author by replying to this email and delete the original message and any copy of it from your computer system. Unauthorized use may be unlawful. Please conduct a virus check before opening any attachment. I thank you in advance for your assistance.

# EXHIBIT M

**Elliott Suthers** <elliott.suthers@coinbase.com>                    Tue, Sep 7, 2021 at 10:28 PM
To: George Coxon <george@nano.org>

Hey George - See note below from our head of listings. I think there might have been some miscommunication here. As I mentioned, we've never charged a listing fee of any kind. Have you officially submitted an application through our asset hub?

--------- Forwarded message ---------
From: **Zach Segal** <zach.segal@coinbase.com>
Date: Tue, Sep 7, 2021 at 12:31 PM
Subject: Re: Coinbase X Nano
To: Elliott Suthers <elliott.suthers@coinbase.com>

Hi Elliot,

Yes, they're conflating what was an account deposit minimum with a fee:

*"we generally have minimums of about $1M* **in the account** *for assets that are currently supported on the platform."*

Exchange listing has never had a fee. This email was about *custody* integration, and the $1M refers to a general minimum to open an account. It is not a fee -- it's a balance that remains in control of the account holder. Custody does charge a nominal fee on assets held in the account, but saying that $1M is inaccurate.

Hope that helps!


On Tue, Sep 7, 2021 at 11:59 AM Elliott Suthers <elliott.suthers@coinbase.com> wrote:
Hey Zach - I'm on a panel later this week with George and she seems to think that we refused to list Nano unless they paid a $1M listing fee. Is that accurate or is she misinterpreting/conflating with our minimums for custody?
[Quoted text hidden]
--
**Elliott Suthers**
Director, Communications
Coinbase
415 509 5530
elliott.suthers@coinbase.com


--
Zach Segal
Head of Listings
Coinbase
San Francisco, CA, USA

# EXHIBIT N

 Gmail

**Your NANO application is being reviewed**

From: **Coinbase Asset Hub** <noreply@coinbase.com>
Date: Tue, Sep 14, 2021 at 6:41 PM
Subject: Your NANO application is being reviewed
To: <clemahieu@nano.org>

**Confidentiality notice**

*This email and its contents are confidential, and subject to the non-disclosure provisions of the Listing Services Agreement you entered into with Coinbase as part of your Asset Hub submission. The information provided herein must not be shared with third parties and must be kept internal on a need-to-know basis.*

**coinbase** ASSET HUB

# We're reviewing your application

Thanks so much for your patience. We have started the first stage of our review process, which involves running your application through a rigorous evaluation framework. This process can take several weeks — we'll reach out via email with next steps.

We want to ensure that every asset on the Coinbase platform meets our eligibility requirements for our legal, compliance, and technical security reviews, as well as our integration/business/market requirements.

We're excited to continue on this journey together and look forward to the next steps in building the crypto economy.

| View application |
| --- |

© Coinbase 2021

100 Pine Street Suite 1250
San Francisco, CA 94111
United States
(888) 908-7930

If you no longer wish to receive these emails unsubscribe

# EXHIBIT O





# EXHIBIT P

 Gmail

**George Coxon <george@nano.org>**

## Coinbase Earn Introduction - NANO
5 messages

**'Allie Heinrichs' via Finance accounts** <accounting@nano.org>       Tue, Mar 8, 2022 at 6:43 PM
Reply-To: Allie Heinrichs <allie.heinrichs@coinbase.com>
To: accounting@nano.org
Cc: Brenna Barker <brenna.barker@coinbase.com>

Hi Nano team,

I hope this email finds you well! My name is Allie and I'm a relationship manager on the Listings Team here at Coinbase.

Reaching out because I wanted to make sure that you had an open line of communication with Coinbase's Earn team. If you haven't yet evaluated an Earn campaign, I'd highly recommend chatting with Brenna from our team (cc'd). I've included more information on Earn below, and Brenna is happy to set up an intro chat to answer any additional questions you may have.

**What is Earn?**
Earn gives you the opportunity to target the 76M+ unique users we have on the platform. We work alongside you to promote massive distribution while giving Coinbase users a baseline education of your project. See [coinbase.com/earn](coinbase.com/earn) for examples of past campaigns.

**Case study:**
*[How MakerDAO doubled it's users in a single weekend using Coinbase Earn](#)*

If this is something that might be of interest, please don't hesitate to reach out to **Brenna.**

Should you have any questions outside of Earn, I am here as a direct line of contact.

Thanks!

**Allie** - Coinbase Listings Team

--
**Allie Heinrichs**
Partner Success Senior Associate
Crypto Listings Team
Coinbase
[allie.heinrichs@coinbase.com](mailto:allie.heinrichs@coinbase.com)

**'Brenna Barker' via Finance accounts** <accounting@nano.org>       Wed, Mar 9, 2022 at 4:31 PM
Reply-To: Brenna Barker <brenna.barker@coinbase.com>
To: accounting@nano.org
Cc: Allie Heinrichs <allie.heinrichs@coinbase.com>

Thanks Allie!

Hi Nano Team - It is great to e-meet you! I'd love to find a time to introduce myself and see how we can best support you on the marketing side with Coinbase Earn during a listing.

Do you have availability Friday or next week to connect? I am in the eastern time zone.
[Quoted text hidden]
--

-------------

```
Brenna Barker
Coinbase Earn
949-374-0759
```

coinbase

---

**George Coxon** <george@nano.org>                                    Wed, Mar 23, 2022 at 1:08 PM
To: Brenna Barker <brenna.barker@coinbase.com>
Cc: accounting@nano.org, Allie Heinrichs <allie.heinrichs@coinbase.com>

Hi Brenna and Allie,

Thank you so much for your emails - wonderful to hear from you. Apologies for the delay in response, I have been battling Covid having avoided it for the last 2years!

Can I take it that nano is being listed on Coinbase from your communication? Brilliant news!

We have availability on this Friday (25th) at midday which would be 9am for you? Otherwise please feel free to suggest a time next week (I am based in London).

Best,
George

      **George Coxon** Director of the Nano Foundation
george@nano.org | nano.org


CONFIDENTIALITY NOTICE:  This communication contains information which is confidential and/or privileged. It is for the exclusive use of the intended recipient(s).

[Quoted text hidden]

---

**Brenna Barker** <brenna.barker@coinbase.com>                        Wed, Mar 23, 2022 at 4:31 PM
To: George Coxon <george@nano.org>
Cc: accounting@nano.org, Allie Heinrichs <allie.heinrichs@coinbase.com>

Hi George,

I'm sorry to hear that you've been battling covid. I'm hoping that you are on the mend!

This introduction does not guarantee that you are getting listed on Coinbase, but you are in the review process. We are out of the office next week. My schedule is looking fairly open April 4. What does your availability look like for a call around Coinbase Earn then?
[Quoted text hidden]

        [Quoted text hidden]
        Telegram: @brennabark


coinbase

---

**Brenna Barker** <brenna.barker@coinbase.com>                        Thu, Apr 21, 2022 at 2:28 AM
To: George Coxon <george@nano.org>
Cc: accounting@nano.org, Allie Heinrichs <allie.heinrichs@coinbase.com>

Hi George,

How are you doing? I hope you are feeling fully recovered from covid and feeling much better! I wanted to check back in and find a time for us to connect and discuss Coinbase Earn in more detail and how it can enhance your potential listing. Please let me know when is a good time to connect. I look forward to hearing from you!
[Quoted text hidden]

# EXHIBIT Q

# United States of America
## United States Patent and Trademark Office

# NANO

**Reg. No. 6,203,002**

**Registered Nov. 24, 2020**

**Int. Cl.: 36**

**Service Mark**

**Principal Register**

LEMAHIEU, COLIN, MR.  (UNITED STATES INDIVIDUAL)
Suite 300
3319 W. Braker Lane
Austin, TEXAS 78758

CLASS 36: Cryptocurrency transaction services featuring a virtual peer-to-peer digital currency, incorporating cryptographic protocols, operating through the Internet, and used as a method of payment for goods and services

FIRST USE 1-31-2018; IN COMMERCE 1-31-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-726,733, FILED 12-19-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT R

## TRADEMARK ASSIGNMENT AGREEMENT

WHEREAS, Colin LeMahieu, having an address as 3319 W. Braker Lane, Suite 300, Austin, TX 78758 (hereinafter referred to as ASSIGNOR), is the owner of the following trademarks (hereinafter, "Trademarks"), together with the goodwill of the business symbolized thereby in connection with the goods and services on which the Trademarks are used:

| Ref. # | Mark |
|---|---|
| U.S. Trademark App. Ser. No. 87760251 | NANO FOUNDATION |
| U.S. Trademark App. Ser. No. 87726750 | NANO COIN |
| U.S. Trademark App. Ser. No. 87726759 | NANO CURRENCY |
| U.S. Trademark Reg. No. 6,203,002 | NANO |

WHEREAS, NanoLabs, Inc., a corporation organized under the law of the State of Delaware, and having a business address at 16192 Coastal Hwy, Lewes, Sussex, DE 19958 (hereinafter referred to as ASSIGNEE), is desirous of acquiring the entire right, title and interest in and to the Trademarks;

NOW, THEREFORE, in exchange for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, ASSIGNOR hereby sell, assign and transfer unto said ASSIGNEE, the entire right, title and interest in and to the Trademarks together with: (1) the goodwill of the business relating to the goods and services in respect upon which the Trademarks are respectively used and for which they are registered: (2) all income, royalties, and damages hereafter due or payable to Assignor with respect to the Trademarks, including without limitation, damages, and payments for past or future infringements and misappropriations of the Trademarks: and (3) all rights to sue for past, present and future infringements or misappropriations of the Trademarks; the Trademarks to be held and enjoyed by ASSIGNEE and its successors and assigns for their use and benefit and of their successors and assigns as fully and entirely as the same would have been held and enjoyed by ASSIGNOR had this assignment, transfer and sale not been made. ASSIGNOR hereby authorize and request the Commissioner of Patents and Trademarks to assign the Trademarks to ASSIGNEE. ASSIGNOR agrees to execute all instruments and documents required for recordation of the assignment of the Trademarks, for

litigation regarding the Trademarks, or for the purpose of protecting title to the Trademarks therefor.

14-09-2022

*Colin LeMahieu*
BE7130C4518D403...              (Assignor)
_____
Date                       Colin LeMahieu

    I certify that I know or have satisfactory evidence that Colin LeMahieu signed this instrument of his/her own free will, as a voluntary act for the uses and purposes mentioned in the instrument.

Date 14-09-2022              Signed at London
_____     _____
                                    (City, State or Country)

George Coxon           *George Coxon*
                           1926942CCA144EE...
_____     _____
         (Name of Witness)                 (Signature of Witness)

**NANOLABS, INC.**

14-09-2022               *Colin LeMahieu*
                         BE7130C4518D403...         (Assignee)
_____     _____
Date                                 (Signatory Signature)

Colin LeMahieu         Director
_____
              (Assignee Signatory Name, Title)

# EXHIBIT S

Case 8:23-cv-00844-JCS   Document 1-2   Filed 02/24/23   Page 59 of 83

 

Published in **The Coinbase Blog**



**Coinbase** [Follow]

Jun 23 · 2 min read · ▶ Listen

[ Save ]  🐦  f  in  🔗

# Coinbase Derivatives Exchange to make nano bitcoin futures available through leading brokers

*Tl:dr:*

- *Coinbase Derivatives Exchange (formerly <u>FairX</u>) will launch its first listed crypto derivatives product on June 27, 2022: Nano Bitcoin futures contract (BIT), with each contract sized at 1/100th of a bitcoin.*

- *Upon the June 27th launch, BIT futures will be accessible for trading via several leading third-party retail brokers and clearing firms.*

- *Coinbase Financial Markets is awaiting approval for its license to operate a futures commission merchant ("FCM") to be able to offer futures directly to our clients.*



  

Case 3:23-cv-00844-JCS Document 1-2 Filed 02/24/23 Page 60 of 83



By Boris Ilyevsky, Head of Coinbase Derivatives Exchange

Coinbase Derivatives Exchange, a CFTC regulated Designated Contract Markets (DCM) futures exchange, will launch its first listed crypto derivatives product on June 27: Nano Bitcoin futures (BIT). Initially, BIT futures will be available for trading via several leading broker intermediaries, including *retail brokers* EdgeClear, Ironbeam, NinjaTrader, Optimus Futures, Stage 5, and Tradovate, and *clearing firms* ABN AMRO, ADMIS, Advantage Futures, Dorman Trading, ED&F Man, Ironbeam and Wedbush. Coinbase is awaiting regulatory approval on its own futures commission merchant (FCM) license so we can offer margined futures contracts directly to our clients.

Transforming FairX into Coinbase Derivatives Exchange married a world-class team with deep expertise across product development, market structure, compliance, market-leading exchange technology and a proven ability to deliver listed futures, with Coinbase's commitment of building products that are easy-to-understand, fair, accessible, efficient, and transparent.

Around-the-clock trading, lower upfront investment, leverage and the ease of going long and short are some reasons why futures are a popular product for traders. Our BIT

  



Case 8:23-cv-00844-JCS  Document 1-2  Filed 02/24/23  Page 61 of 83

Open in app          Get started

in US regulated crypto futures markets.

The crypto derivatives market represents $3Tn* in volume worldwide and we believe that additional product development and accessibility will unlock significant growth. It's more important than ever to bring the benefits of futures to a broader market so that all types of traders can access regulated U.S. crypto derivatives markets to express their views or hedge their underlying crypto assets.

To become one of our supporting brokers, market makers, clearing firms, or vendors, please email futures.sales@coinbase.com.

*January 2022, https://www.ft.com/content/364dee59-fb51-400b-acd2-808d4ec41ab3



# EXHIBIT T



Open in app    Get started

 Published in **The Coinbase Blog**

 **Coinbase** <span>Follow</span>

Aug 25 · 2 min read · ▶ Listen

Save   🐦   f   in   🔗

# Coinbase Derivatives Exchange to add Nano Ether Futures Contract

*Tl:dr:*

- *Coinbase Derivatives Exchange will launch its second listed crypto derivatives product on August 29th, 2022, <u>Nano Ether futures contract</u> (ET).*

- *ET futures will be accessible for trading via several leading third-party retail brokers and clearing firms upon its launch.*

- *Since launching on June 27th, the <u>Nano Bitcoin futures contract</u> (BIT) has traded a total of 2.9MM contracts as of August 24th.*

 👏 180

      

Case 3:23-cv-00844-JCS Document 1-2 Filed 02/24/23 Page 64 of 83

Open in app    Get started



By Boris Ilyevsky, Head of Coinbase Derivatives Exchange

Coinbase Derivatives Exchange will be launching a Nano Ether futures contract (ET) on August 29th as we continue to build an accessible futures market for the retail trader.

Sized at 1/10th of an ether, the contract unlocks another opportunity to trade the price of a popular digital asset with less upfront capital than traditional futures products. This will enable all types of traders to securely access regulated U.S. crypto derivatives markets to express their views or hedge their underlying crypto assets.

This launch follows the introduction of our Nano Bitcoin futures contract, which was made available on June 27th to the participants of six retail brokers through our CFTC-regulated Designated Contract Market (DCM). In the last 30 days, that contract has traded an average of 77,000 contracts per day.

While still in its early stages, we believe that product innovation and an accessible entry point for the retail market have contributed to its success. At 1/100th of Bitcoin, our Nano Bitcoin futures contract requires less upfront capital, allowing participants to easily go long or short the price of Bitcoin and manage risk in volatile markets.

        



Open in app  Get started

Futures, Stage 5, and Tradovate, and *clearing firms* ABN AMRO, ADMIS, Advantage Futures, Dorman Trading, ED&F Man, Ironbeam and Wedbush.

Coinbase Financial Markets is awaiting approval for its license to operate a futures commission merchant ("FCM") to offer futures directly to our clients as we take another step in creating an accessible and regulated U.S. crypto derivatives market.

For more information on our products, visit coinbase.com/derivatives.



About   Help   Terms   Privacy

**Get the Medium app**





# EXHIBIT U

 **coinbase**    Explore    Learn    Individuals    Businesses    Developers    Company

Sign in    Sign up

Derivatives                    Market Notices        Regulatory Filings

# An accessible futures market.

Trade derivatives designed for the retail investor.

✓ **Jump right in**

An access-friendly futures contracts let you trade, speculate, and hedge the price of digital assets and more.

✓ **Go further**

Take larger positions with less upfront capital using products built for your level of risk.

✓ **Take control**

Express long and short market views while protecting your underlying crypto positions.

✓ **Trade**



**efficiently**

You don't need to own crypto or hold a crypto wallet. Trades are opened, closed, and settled quickly in U.S. dollars.

## Our Products

### Ether [New]

At 1/10 of an Ether, this contract allows participants to manage risk, trade on margin, or speculate on the price of Ether.

**Asset class:**

Digital asset

**Contract size:**

Nano

Learn more →

### Bitcoin

At 100th of the size of a Bitcoin, this contract is an accessible way to take a view on the future price of Bitcoin.

**Asset class**

Digital asset

**Contract size**

Nano

Learn more →

## Bloomberg US Large Cap Index

Trade an index that tracks 500 of the largest U.S. companies.

**Asset class**

Equities

**Contract size**

Micro and Nano

Learn more →

## Crude Oil

Participate in one of the largest commodity markets by trading the price of West Texas Intermediate (WTI) crude oil.

**Asset class**

Energy

**Contract size**

Micro

Learn more →

## SuperTech

Trade the FAANG stocks and more with an index made up of 15 U.S. tech giants.

**Asset class**

Equities

**Contract size**

Micro and Nano

[Learn more →](#)



# Get a Broker

# Market References

**Margins**   ⊕

**Historical Data**   ⊕

**Product Codes**   ⊕

**Fee Schedule**   ⊕

**Price Banding**   ⊕

**Price Limits**   ⊕

**Regulation**   ⊕

## Finally, crypto derivatives for retail.

Coinbase Derivatives Exchange to add Nano Ether futures contract to its offering.

**Read Blog**

# Trading Resources

The following provides a high-level overview of the exchange, connectivity information, supported order types and other related content.

---

**Overview** (+)

---

**Market Notices** (+)

---

**Market Holiday Calendar** (+)

---

**Settlement** (+)

---

**Risk Management** (+)

---

**Indicative Opening Price** (+)

**Contract Types**                                              +

**Order Types**                                                 +

**Time In Force**                                               +

**Error Trade Policy**                                          +

**Vendors**                                                     +

**API Connectivity**                                            +

**Network Connectivity**                                        +

# Get smarter

Expand your understanding of cryptocurrencies and the
cryptoeconomy.





## What is Bitcoin?

The world's first widely-adopted cryptocurrency. With Bitcoin, people can securely and directly send each other digital money on the internet.

## What is Ethereum?

From how to buy it and how it works to smart contracts and ETH2, a complete beginner's guide to the second-biggest cryptocurrency

# coinbase

English ▾

© 2022 Coinbase

Blog • Twitter • Facebook

**Company**

About

Careers

Affiliates

Blog

Press

Investors

Legal & privacy

Cookie policy

Cookie preferences

Digital Asset Disclosures

**Learn**

Ethereum Merge

Browse crypto prices

Coinbase Bytes newsletter

Crypto basics

Tips & tutorials

Market updates

What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet

How to send crypto

Taxes

**Individuals**

Buy & sell

Earn free crypto

Wallet

NFT

Card

Derivatives

**Businesses**

Institutional

Prime

Asset Hub

Commerce

**Developers**

Cloud

Wallet SDK

Coinbase Pay SDK

Query & Transact

Commerce

Exchange & Pro

Sign in with Coinbase

Rosetta

Participate

Prime API

**Support**

Help center

Contact us

Create account

ID verification

Account information

Payment methods

Account access

Supported crypto

Supported countries

Status

# EXHIBIT V

News ▾
Analysis
Interview
Wiki
Prices
Learn
Press Release
Events
Opinion
BusinessWire

Blockchain.News




# Coinbase's 'Nano' Bitcoin Futures Product Surges amid Declining Trading Volume

**Aaron Limbu** Jul 25, 2022 05:20

1 Min Read



Coinbase's new derivatives unit is capturing the interest of new retail traders who are eyeing the crypto exchange's "nano" bitcoin product amid the company's collapsing trading volumes.

## NEWSLETTER SIGN UP

Subscribe now and get exclusive news, interviews and stories.

Enter your email address

✉ Subscribe

LATEST



Sign In / Register
Advertise
Subscribe
中文



Coinbase's "nano" bitcoin futures product saw volumes touch records three straight days in the last week even after its spot trading volume collapsed from $200 billion in May 2021 to $59 billion in July.

The nano bitcoin futures product was launched in June.

According to The Block, the cash-settled futures contract represents 1/100th of a bitcoin and trades across several retail brokers, including Wedbush, EdgeClear, and NinjaTrader.

"It requires less upfront capital than traditional futures products and creates a real opportunity for significant expansion of retail participation in the US regulated crypto futures markets," Boris Ilyevsky, head of Coinbase Derivatives Exchange, said at the time of the product's launch.

Following several days of increase, the nano futures' national volume eventually touched 217,045 on July 19. However, data from Bloomberg shows that contract volumes fell to 117,493 on July 22.

In June and July, data showed that volumes stood below 50,000 contracts traded daily.

The crypto exchange firm saw a "surge in activity ever since retail broker partners started marketing/ promotional efforts last week," according to an email sent out by Coinbase's sales team.

Coinbase only entered the derivatives market this year after it purchased FairX - a derivatives venue regulated by the Commodity Futures Trading Commission.

Its competitors are firms like FTX and CME Group, which trade tens of billions of dollars per month in bitcoin futures.

*Image source: Shutterstock*

## Ex-Coinbase Staff Sued in Insider Trading Case

BLOCKCHAIN    BITCOIN    CRYPTO    COINBASE    FUTURES

---



REGULATION

**UK FCA Warns of FTX Unauthorised Provision of Financial Services to Investors**

SEP 19, 2022 | 1 MIN



BITCOIN

**Buying Pressure on Bitcoin Dwindles as more BTC Moving to Exchanges**

SEP 19, 2022 | 2 MIN



ENTERPRISE

**Morgan Creek Digital Co-Found Digital Asset Research Firm for Investors**

SEP 19, 2022 | 1 MIN

**READ MORE**



AARON LIMBU

#BLOCKCHAIN   #SEC   #ETHEREUM

## Ethereum Under Potential SEC Scrutiny after The Merge: WSJ

Ethereum's latest software update may have caught the Securities and Exchange Commission chair's attention to categorize the second-largest crypto as a security.

SEP 16, 2022 | 3 MIN READ

**Hard-fork to be Deployed Within 24 Hours of The Merge:**



NICHOLAS OTIENO

#CLEANSPARK   #MAWSON INFRASTRUCTURE GROUP   #ACQUISITION

## Bitcoin Miner CleanSpark Acquires Mawson's Georgia Mining Facility, Rigs for Up to $42.5M

CleanSpark continues to pursue growth in a sector ripe for mergers and acquisitions amid a bear market.

SEP 10, 2022 | 3 MIN READ



AARON LIMBU

#BLOCKCHAIN   #BITCOIN   #ETH

## The Merge is Complete: Ethereum

The upgrade – known as the Merge – has shifted Ethereum into a more environmentally sustainable framework by reducing Ethereum's energy consumption.

SEP 15, 2022 | 2 MIN READ



SEP 19, 2022 | 2 MIN

**Ethereum Slips Below $1,350 as Total Liquidation Hit $300 Million in 12 Hours**

**SWIFT Payment System Embraces Blockchain Technology**

**Ethereum PoW Hardfork Token's IOU Accepts Trading on 5 Exchanges**

At least five crypto exchanges, including Coingecko, FTX, MEXC Global, Bybit, Gate.io and FTX.US, accept ETHW, the latest listed an IOU of the potential token for trading.

GODFREY BENJAMIN

#ETHEREUM    #ETHW    #ETHEREUM 2.0

SEP 16, 2022 | 2 MIN READ

**Ethereum PoW Fork Token Price Drops Over 60% A Day after Mainnet Launch**

ETHPoW was trading as high as $60.68 on Thursday morning after the merge, but on Friday the new token experienced a huge plunge.

NICHOLAS OTIENO

#ETHW TOKENS    #PRICE ANALYSIS

#ETHEREUM'S PROOF-OF-WORK FORK TOKENS

SEP 17, 2022 | 3 MIN READ



**Ethereum POW**

EthereumPoW (ETHW), the splinter of the proof of work from the Ethereum blockchain, announced its plan to launch a hard-fork mechanism within 24 hours after the Merge.

AARON LIMBU

#BLOCKCHAIN    #BITCOIN    #ETH

SEP 13, 2022 | 2 MIN READ

**CRYPTO NEWS**

Bitcoin News
Bitcoin Price Analysis
Ethereum News
Cardano News
Ripple News
Stablecoin News

**REGULATORY NEWS**

Regulation
Legal
Cybercrime

**INDUSTRY NEWS**

Exchanges
Mining
Data Service

**TECHNOLOGY NEWS**

Enterprise
Blockchain Application

**ABOUT US**

Write For Us
About
Contact
Privacy
Terms & Conditions
Advertise



News

AARON LIMBU

#BLOCKCHAIN   #BITCOIN   #LUNA

## Seoul Court Issues Arrest Warrant for Do Kwon and 5 Others

Do Kwon and five others have allegedly violated the nation's capital markets law and have been issued a warrant from the court in Seoul. LUNA and LUNC both collapsed after the arrest..

SEP 14, 2022 | 3 MIN READ



Technology

GODFREY BENJAMIN

#SWIFT   #BLOCKCHAIN   #SYMBIONT

The Society for Worldwide Interbank Financial Telecommunication (SWIFT) is making a targeted move to integrate blockchain technology in a bid to drive efficiency in some of its international...

SEP 15, 2022 | 2 MIN READ

PDFmyURL.com - convert URLs, web pages or even full websites to PDF online. Easy API for developers!

CBDC News

DeFi News

NFT News

Blockchain Ecosystem

## MONETARY & FINANCIAL FREEDOM

With blockchain, we will put an end to the monopoly of government-issued currencies, as suggested in the title of Hayek's work – "Denationalization of Money." Blockchain will simplify the set of concepts revolving around financial services and the complexity of the IT systems. With blockchain, we will have a cryptocurrency that is more stable and safer than any currency that has ever existed before it. This will bring about true monetary and financial freedom." **(Read More)**

- Kun Hu (CEO of Worldmoney)

## NEWSLETTER SIGN UP

Subscribe today and get the latest news, exclusive interviews and analyses.

Enter your email address

✉ Subscribe



Copyright © 2022 Blockchain News. All Rights Reserved.