DocuSign Envelope ID: EF1CFB5E-D061-4547-A81A-D0E76DE917A1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Norhern__ District of __California__

Nanolabs, Inc.
Plaintiff (s),
V.
Coinbase Global, Inc.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __3:23-cv-844__

Notice is hereby given that, subject to approval by the court, __Plaintiff Nanolabs, Inc.__ substitutes
(Party (s) Name)

__Michael Rodenbaugh__, State Bar No. __179059__ as counsel of record in
(Name of New Attorney)

place of __Maulin Shah__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Rodenbaugh Law
Address: 548 Market St., Box 55819, San Francisco, CA 94104
Telephone: (415) 738-8087    Facsimile: none
E-Mail (Optional): mike@rodenbaugh.com

I consent to the above substitution.
Date: 27-03-2023
_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: 3/23/2023
_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/29/23
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]