DocuSign Envelope ID: EF1CFB5E-D061-4547-A61A-D0E76DE917A1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Norhern_____ District of _____California_____

Nanolabs, Inc.
Plaintiff (s),

V.

Coinbase Global, Inc.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:23-cv-844

Notice is hereby given that, subject to approval by the court, __Plaintiff Nanolabs, Inc.__ substitutes
(Party (s) Name)

__Michael Rodenbaugh__, State Bar No. __179059__ as counsel of record in
(Name of New Attorney)

place of __Maulin Shah__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Rodenbaugh Law
Address: 548 Market St., Box 55819, San Francisco, CA 94104
Telephone: (415) 738-8087   Facsimile none
E-Mail (Optional): mike@rodenbaugh.com

I consent to the above substitution.
Date: 27-03-2023
_____ (Signature of Party (s))

I consent to being substituted.
Date: 3/23/2023
_____ (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/29/23
_____ (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 30, 2023
_____ Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]