1  Mike Rodenbaugh, 179059
   (415) 738-8087
2  Rodenbaugh Law
   548 Market Street,
3  San Francisco, CA 94104
4  Representing: Plaintiff

File No. Nanolabs

United States District Court, Northern District of California

Northern District of California - District - San Francisco

Nanolabs, Inc.

        Plaintiff/Petitioner

        vs.

Coinbase Global, Inc., et al.

        Defendant/Respondent

Case No. 3:23-cv-00844-JCS

Proof of Service of:
    Summons, Complaint, Exhibits to Complaint,
    Initial Scheduling Order, Standing Order

Service on:
    Coinbase Global, Inc., a Delaware corporation

PROOF OF SERVICE

OL#20251880

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Mike Rodenbaugh, 179059<br>Rodenbaugh Law<br>548 Market Street,<br>San Francisco, CA 94104 | (415) 738-8087 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Nanolabs | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF
Nanolabs, Inc.

DEFENDANT
Coinbase Global, Inc., et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER:<br>3:23-cv-00844-JCS |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Complaint, Exhibits to Complaint, Initial Scheduling Order, Standing Order

2. Party Served: Coinbase Global, Inc., a Delaware corporation

3. Person Served: CT Corporation System - Emmanuel Jacobo, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 04/20/2023    12:37PM

5. Address, City and State: 330 North Brand Blvd, #700
   Glendale, CA 91203

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 65

Registered California process server.
County: Los Angeles
Registration No.: 2022270694
Joshua May
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/20/2023 at Petaluma, California.

Signature: _____

Joshua May

OL# 20251880