GINA DURHAM (Bar No. 295910)
gina.durham@us.dlapiper.com
Aislinn Smalling (Bar No. 335911)
aislinn.smalling@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

KRISTINA FERNANDEZ MABRIE (Bar No. 318315)
kristine.fernandezmabrie@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Tel:   310.595.3000
Fax:   310.595.3300

Attorneys for Defendant
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., <br><br> Defendant. | CASE NO.  3:23-cv-844 <br><br> **NOTICE OF APPEARANCE OF GINA DURHAM FOR DEFENDANT COINBASE GLOBAL, INC.** |

PLEASE TAKE NOTICE that the following attorney affiliated with DLA Piper LLP (US), who is registered with the ECF system of the Court, formally appears on behalf of Defendant COINBASE GLOBAL, INC. and requests to be added to the electronic service list in this case and that copies of all pleadings and papers filed in this action should be served on counsel as follows:

///

///

GINA DURHAM
gina.durham@dlapiper.com
DLA Piper LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel.   (415) 836-2500
Fax:   (415) 836-2501

Respectfully submitted,

Dated:  May 10, 2023                     DLA PIPER LLP (US)


By  */s/ Gina Durham*
GINA DURHAM
DLA Piper LLP (US)
Attorneys for Defendant
COINBASE GLOBAL, INC.

DLA Piper LLP (US)
San Francisco

WEST\302774411
302774411.1
411590-000084

-2-
NOTICE OF APPEARANCE OF GINA DURHAM / 3:23-CV-844