GINA L. DURHAM (SBN 295910)
gina.durham@us.dlapiper.com
AISLINN SMALLING (SBN 335911)
aislinn.smalling@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:  415-836-2506
Fax: 415-659-7333

KRISTINA FERNANDEZ MABRIE (SBN 318315)
kristina.fernandezmabrie@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel.:   (310) 595-3000

Attorneys for Defendant
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>COINBASE GLOBAL, INC., a Delaware corporation<br><br>              Defendant. | Case No. 3:23-cv-844<br><br>**DECLARATION OF KRISTINA FERNANDEZ MABRIE IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed: February 24, 2023 |

I, Kristina Fernandez Mabrie, declare as follows:

1. I am an attorney licensed to practice before this Court and an associate of DLA Piper LLP (US), counsel for Defendant Coinbase Global, Inc. ("Coinbase"). I submit this declaration in support of Defendant's Administrative Motion to Enlarge Defendant's Time to Respond to the Complaint. The statements in this declaration are based on my personal knowledge and, if called to do so, I would competently testify as to these statements.

2. Attached as **Exhibit A** is a true and correct copy of email correspondence between Plaintiff's counsel and Defendant's counsel regarding Plaintiff's filing of the Complaint and its request for Defendant to waive service. As part of the email exchange, on February 27, 2023, my colleague, Gina Durham, agreed to waive service and requested the waiver form from Plaintiff's counsel. Plaintiff's counsel responded that they would "send the waiver shortly."

3. Plaintiff's counsel never sent the waiver form discussed in Exhibit A.

4. Defendant agreed to waive service, in part so that it would have sufficient time to investigate Plaintiff's claims.

5. On April 1, my colleague Gina Durham had a call with Plaintiff's counsel to discuss the litigation and potential mediation. During this call, Plaintiff's counsel threatened to back out of the parties' agreement to waive service if Coinbase did not agree to mediate prior to launching into the litigation. Given the status of informal settlement discussions, Coinbase declined Plaintiff's demand for the early mediation on April 9, 2023 but confirmed that it was still willing to waive service. Plaintiff served Coinbase's registered agent on April 20, 2023.

6. On May 10, 2023, the parties had their Rule 26(f) conference. At this time, Defendant asked for a seven (7) day extension to file its answer to provide additional time to investigate the claims. Plaintiff refused to accommodate this request but provided no rationale for why it would not do so.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2  This declaration was executed on the 11th day of May 2023 at Los Angeles, California.

 /s/ Kristina Fernandez Mabrie<br>KRISTINA FERNANDEZ MABRIE