# EXHIBIT A

# Smalling, Aislinn

| | |
|---|---|
| **From:** | Maulin Shah <maulin.shah@envisionip.com> |
| **Sent:** | Monday, February 27, 2023 12:52 PM |
| **To:** | Durham, Gina |
| **Cc:** | Smalling, Aislinn; Manzano, Carmen |
| **Subject:** | Re: Response to NanoLabs |

⚠️ EXTERNAL MESSAGE

Thank you Gina. I am available tomorrow and Wednesday from 10:30am - 1pm ET. Please let me know if there is a convenient day/time for you then. I will send the waiver form shortly.

Regards,

Maulin

--
Maulin V. Shah
Attorney at Law, Licensed to practice in California and before the USPTO

Envision IP, LLC
555 Fayetteville St., Suite 300
Raleigh, NC 27601

Direct: 310-499-8624
Toll-Free: 1-888-307-6807
Fax: 646-200-5227
http://www.envisionip.com

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

On Mon, Feb 27, 2023 at 1:15 PM Durham, Gina <gina.durham@us.dlapiper.com> wrote:

> Maulin- Thank you for your email.  Coinbase is interested in waiving.  Could you please send the official waiver form pursuant to FRCP 4.  In addition, please let us know when you are available for a call to discuss.
>
>
>
> Best, Gina
>
>
>
> **Gina Durham**
> Partner

T  +1 415 836 2506
F  +1 415 659 7333
M  +1 925 888 9816
gina.durham@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



---

**From:** Maulin Shah <maulin.shah@envisionip.com>
**Sent:** Friday, February 24, 2023 12:46 PM
**To:** Manzano, Carmen <carmen.manzano@us.dlapiper.com>
**Cc:** Durham, Gina <gina.durham@us.dlapiper.com>; Smalling, Aislinn <Aislinn.Smalling@us.dlapiper.com>
**Subject:** Re: Response to NanoLabs

⚠ EXTERNAL MESSAGE

Gina,

I hope you are well. As a courtesy, I would like to inform you that my Client, NanoLabs, Inc., filed suit against Coinbase Global Inc. today, February 24th, 2023 in the Northern District of California. The case number is 3:23-cv-00844. I have attached the complaint and exhibits for your convenience.

I wanted to know whether your client would be willing to waive service and/or have you accept it on their behalf. I can send you an official Notice of Waiver if your client is amenable.

Regards,

Maulin



--

Maulin V. Shah
Attorney at Law, Licensed to practice in California and before the USPTO

Envision IP, LLC
555 Fayetteville St., Suite 300
Raleigh, NC 27601

Direct: 310-499-8624

Toll-Free: 1-888-307-6807
Fax: 646-200-5227
http://www.envisionip.com

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

On Tue, Dec 20, 2022 at 11:31 AM Manzano, Carmen <carmen.manzano@us.dlapiper.com> wrote:

Dear Mr. Shah:



Best,

Carmen R. Manzano
Team Coordinator

| | |
|---|---|
| T  +1 650 833 2013<br>F  +1 650 833 2001<br>M  +1 650 281 9119<br>carmen.manzano@us.dlapiper.com | **DLA Piper LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA  94303-2215 |

              dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

4