GINA L. DURHAM (SBN 295910)
gina.durham@us.dlapiper.com
AISLINN SMALLING (SBN 335911)
aislinn.smalling@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:  415-836-2506
Fax: 415-659-7333

KRISTINA FERNANDEZ MABRIE (SBN 318315)
kristina.fernandezmabrie@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel.:   (310) 595-3000

Attorneys for Defendant
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>COINBASE GLOBAL, INC., a Delaware corporation<br><br>                    Defendant. | Case No. 3:23-cv-844<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT UNDER N.D. CAL. CIV. L.R. 6-3 AND 7-11**<br><br>Complaint Filed: February 24, 2023 |

**[PROPOSED] ORDER**

Having considered Defendant Coinbase Global, Inc. ("Coinbase") Administrative Motion to extend the amount of time for it to respond to the Complaint filed in the above-referenced action, the Court GRANTS the Motion and extends the deadline for Coinbase to respond to the Complaint shall be, and hereby is, extended to and including May 18, 2023.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE