# EXHIBIT A

5/17/23, 10:36 AM
NANO | meaning in the Cambridge English Dictionary
Case 3:23-cv-00844-JCS   Document 16-1   Filed 05/19/23   Page 2 of 7



  

*Meaning of **nano-** in English*

 

# nano-

*prefix* • SCIENCE • specialized

US  /næn.oʊ-/   UK 🔊 /næn.əʊ-/

**one billionth of the stated unit:**

• *a nanosecond*

**extremely small:**

• *nanotechnology*

– **SMART Vocabulary: related words and phrases**

**Numbers: ordinal**

eighteenth

eighth

fiftieth

fortieth

fourth

millionth

ninth

quinti

seventeenth

seventh

sixteenth

Contents                                                                 To top ⊙



  

thirteenth

thirtieth

trillionth

twelfth

twenty-first

umpteenth

**See more results »**

You can also find related words, phrases, and synonyms in the topics:

**Extremely small**

**Want to learn more?**



Improve your vocabulary with **English Vocabulary in Use** from Cambridge.
Learn words you need to communicate with confidence.

*(Definition of **nano-** from the **Cambridge Advanced Learner's Dictionary & Thesaurus** © Cambridge University Press)*

Translations of **nano-**

in Chinese (Traditional)
十億分之一的, 極微小的…

See more

in Chinese (Simplified)
十亿分之一的, 极微小的…

See more

in more languages

Need a translator?

Get a quick, free translation!

5/17/23, 10:36 AM
NANO | meaning in the Cambridge English Dictionary
Case 3:23-cv-00844-JCS   Document 16-1   Filed 05/19/23   Page 4 of 7



**What is the pronunciation of *nano*-?** ›

## Browse

nankeen

nanny

nanny goat

nanny state

**nano-**

nanobot

nanocomputer

nanogram

nanometer

Test your vocabulary with our fun image quizzes



*Image credits*

Try a quiz now





WORD OF THE DAY

# infrared

UK 🔊 /ˌɪn.frəˈred/ US 🔊 /ˌɪn.frəˈred/

Infrared light is a type of light that feels warm but cannot be seen.

**About this**





BLOG

## Plucking up courage: talking about being brave

May 17, 2023

**Read More**


  



**NEW WORDS**

## Bare Minimum Mondays

May 15, 2023

**More new words**

LEARN                                                                                        ✚

DEVELOP                                                                                    ✚

ABOUT                                                                                        ✚

© Cambridge University Press & Assessment 2023