# EXHIBIT B

STOCK TRADING > STOCK TRADING STRATEGY & EDUCATION

# Nano Cap

By  LUCAS DOWNEY  Updated May 09, 2022

Reviewed by  THOMAS J. CATALANO

## What Is Nano Cap?

Nano cap refers to small, publicly traded companies with a market capitalization below $50 million and is as small as you can get in terms of market capitalization.

> **KEY TAKEAWAYS**
> - Nano caps are publicly traded companies with small market capitalizations of $50 million or less.
> - Nano cap companies are considered the smallest stocks by market cap.
> - Also referred to as "penny stocks," nano caps are highly risky investments due to their size, stability, and potential for manipulation.

## Understanding Nano Cap

The next step up from nano caps is micro cap stocks. Nano caps are very risky because they are such small companies and are particularly prone to manipulation. These stocks are often referred to as penny stocks and are quite popular with those who have a large appetite for risk. Many people new to trading may look for higher-risk investments like nano caps.

Keep in mind that classifications such as large cap or small cap are only approximations that change over time. Also, the exact definition of the various sizes of market cap can vary between brokerage houses. Technically, a stock can be a nano cap without being a penny stock. If the float of available shares is

Of course, penny stocks aren't even necessarily stocks that trade around a penny. The definition of a penny stock was formerly a stock trading for under one dollar per share, but the Securities and Exchange Commission (SEC) has moved that up to count all shares trading below five dollars per share. In short, these definitions are fluid at the best of times.

For example, if there is enough global growth and increased investment across the world, the nano cap of the future may be redefined as $100 million or more.

## Risks and Rewards of Nano Cap

Investors looking to invest in nano cap companies should be aware that these small firms are often associated with a very high risk of failure. Small cap stocks, which start at $300 million in market capitalization and go up to $2 billion, are considered a risky place for investors to dabble in order to capture aggressive growth.

Nano caps ratchet up that risk versus reward even more. Short-term returns in the double and triple digits do happen in nano cap stocks, but so do a lot of outright failures. On top of the legitimate failures, there is no shortage of pump and dump schemes. Nano cap stocks are prone to these problems because they are not as rigidly regulated as larger cap stocks that trade on reputable exchanges like the NYSE or Nasdaq. Some nano cap stocks will have reporting

TRADE

*Investopedia does not provide tax, investment, or financial services and advice. The information is presented without consideration of the investment objectives, risk tolerance, or financial circumstances of any specific investor and might not be suitable for all investors. Investing involves risk, including the possible loss of principal.*

### Take This Quiz to See if You Can Retire Comfortably     SPONSORED

Finding a financial advisor doesn't have to be hard. SmartAsset's free quiz matches you with fiduciary financial advisors that serve your area in 5 minutes. Each advisor has been vetted by SmartAsset and is legally bound to act in your best interests. If you're ready to be matched with advisors that serve your area that will help you try to achieve your financial goals, take the quiz now.

### Take the Next Step to Invest                            Advertiser Disclosure

| Vanguard Personal Advisor Services | Masterworks | Merrill Edge |
|---|---|---|
| Maximize your retirement savings. Start the conversation with a Vanguard | Invest in fractional shares of million dollar paintings. Skip the waitlist! | Get up to $600 when you invest in a new Merrill Edge Self-Directed account |
| LEA | LEA | LEA |

### Related Terms

## What Are Small-Cap Stocks, and Are They a Good Investment?

Case 3:23-cv-00844-JCS   Document 16-2   Filed 05/18/23   Page 5 of 7

## What Is Stock Trading?

Stock trading involves buying and selling shares of publicly traded companies. It typically happens in the United States on exchanges like the New York Stock Exchange (NYSE) or the Nasdaq stock market. more

## What Is a Large Cap (Big Cap) Stock? Definition and How to Invest

Large cap (big cap) refers to a company with a market capitalization value of more than $10 billion. more

## Micro-Cap: Definition in Stock Investing, Risks Vs. Larger Caps

A micro-cap is a small company that has a market capitalization between $50 million and $300 million and is considered riskier than a large-cap stock. more

## Mid-Cap: Definition, Other Sizes, Valuation Limits, and Example

Mid-cap is the term given to companies with a market capitalization—or market value—between $2 and $10 billion. more

## Small Firm Effect: What it is, How it Works

The small firm effect is a theory that holds that smaller firms, or those companies with a small market capitalization, outperform larger companies. more

Partner Links

## Related Articles

**STOCK TRADING STRATEGY & EDUCATION**
Market Capitalization: What It Is, Formula for Calculating It

**STOCKS**
Small Cap Investing: An Introduction

**STOCKS**
Understanding Small-Cap and Big-Cap Stocks

**STOCKS**
Penny Stock vs. Small Cap Stock: What Is the Difference?

**STOCK TRADING STRATEGY & EDUCATION**
Investing in Mid-Cap Companies: Advantages and Disadvantages

**STOCK MARKETS**
How Does the Stock Market Work?

 TRADE 



| About Us | Terms of Service |
| Dictionary | Editorial Policy |
| Advertise | News |
| Privacy Policy | Contact Us |
| Careers | Do Not Sell My Personal Information |

Investopedia is part of the Dotdash Meredith publishing family.