**EXHIBIT F**

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
ETAS ID: TM457094

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| NANOLABS | | 01/04/2018 | Limited Liability Company: DELAWARE |

### RECEIVING PARTY DATA

| Name: | MR. COLIN LEMAHIEU |
|---|---|
| Street Address: | 3319 W. BRAKER LANE |
| Internal Address: | SUITE 300 |
| City: | AUSTIN |
| State/Country: | TEXAS |
| Postal Code: | 78758 |
| Entity Type: | INDIVIDUAL: UNITED STATES |

### PROPERTY NUMBERS Total: 3

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87726733 | NANO |
| Serial Number: | 87726750 | NANO COIN |
| Serial Number: | 87726759 | NANO CURRENCY |

### CORRESPONDENCE DATA

| Fax Number: | 6462005227 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 888-307-6807 |
|---|---|
| Email: | maulin.shah@envisionip.com |
| Correspondent Name: | Maulin V. Shah |
| Address Line 1: | 350 5th Avenue |
| Address Line 2: | 59th Floor |
| Address Line 4: | New York, NEW YORK 10118 |

| NAME OF SUBMITTER: | Maulin V. Shah |
|---|---|
| SIGNATURE: | /Maulin V. Shah/ |
| DATE SIGNED: | 01/06/2018 |

| Total Attachments: 1 |
|---|
| source=NanoTMAssignment#page1.tif |

OP $90.00 87726733

## TRADEMARK ASSIGNMENT

This Assignment ("Assignment") is made effective as of January 4, 2018, from Nanolabs LLC ("ASSIGNOR"), to Colin LeMahieu, an individual having an address at 3319 W. Braker Lane, Suite 300, Austin, TX 78758 ("ASSIGNEE"):

WHEREAS, ASSIGNOR is the owner of the United States trademark application serial numbers 87726733, 87726750, and 87726759 (the "Marks").

WHEREAS, ASSIGNOR desires to convey, transfer, assign, and deliver to ASSIGNEE all of its right, title, and interest in and to the Marks.

NOW, THEREFORE, in consideration of the payment of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, ASSIGNOR hereby conveys, transfers, assigns, and delivers to ASSIGNEE all of ASSIGNOR'S right, title, and interest of whatever kind in and to the Marks, together with (1) all income, royalties, and damages hereafter due or payable to ASSIGNOR with respect to the Marks, including without limitation, damages and payments for past or future infringements and misappropriations of the Marks; and (2) all rights to sue for past, present and future infringements or misappropriations of the Marks.

ASSIGNOR further covenants that it will execute all documents, papers, forms and authorizations and take all other actions that may be necessary for securing, completing, or vesting in ASSIGNEE full right, title, and interest in the Marks.

IN WITNESS WHEREOF, ASSIGNOR has duty executed and delivered this Assignment, as of the day and year first above written.

Signed: *[DocuSigned by: signature]*

By: Christopher Mair

Title: President
NanoLabs LLC

Date: 01/04/2018