**EXHIBIT G**

5/17/23, 10:44 AM
Nano Rebrand Announcement. To our valued community, | by Nano | HackerNoon.com | Medium

Case 3:23-cv-00844-JCS Document 16-7 Filed 05/18/23 Page 2 of 12

Open in app ↗    Sign up    Sign In

  Search Medium 

# Nano Rebrand Announcement



Nano · Follow

Published in HackerNoon.com

2 min read · Jan 31, 2018

▶ Listen    ⬆ Share

To our valued community,

It has been an eventful year for RaiBlocks, capped off by a December that saw unprecedented growth in the community. The Core team would like to thank each and every one of you for making this community second to none. It is your support and engagement that makes RaiBlocks such an exciting project to be a part of.

In November, the team gathered to discuss the future of Raiblocks and develop plans to further the project's growth. One topic discussed was the name itself ("Is it, ray or rye?," "Ditch the Blocks!," "Just call it Rai!"). Feedback from the community suggested that improvements could be made to better resonate with the public and a mainstream audience. Because of this, our team made the decision to rebrand.

It is with great pleasure that we announce Nano.

5/17/23, 10:44 AM
Nano Rebrand Announcement. RaiBlocks: a built-valued community... | by Nano | HackerNoon.com | Medium

Case 3:23-cv-00844-JCS Document 16-7 Filed 05/18/23 Page 3 of 12



The Core Team wanted a name that represented the simplicity and speed of the project, and Nano does just that. The new logo uses several nodes, playing on the block-lattice design of the network, that connect to form an "N." All social media accounts will be updated to reflect the name and logo changes. The new website is nano.org.

All funds, wallets, and transactions will still operate as they have been. Addresses will continue to start with xrb_ for the moment. In the future we will introduce nano_ addresses with the rest of the current addresses being consistent. We know that many of you will have questions about the rebrand and we will do our best to answer all of them.



Screenshots of the iOS mobile wallet

The launch of Nano is just the beginning of what will be an exciting 2018! Beta testing sign-ups are open for both the desktop wallet and iOS mobile wallet.

The Core team would like to express our humble gratitude for all of your support!

Thank you,

The Nano Core Team



# Written by Nano

5.4K Followers · Writer for HackerNoon.com

Digital currency for the real world — environmentally-friendly, fast and feeless cryptocurrency the world has been waiting for.

More from Nano and HackerNoon.com



 Nano

### Say Hello to XNO!

Changing the world is no small feat, but that is our goal and we aim to do it one transaction at a time. We believe in empowering people…

11 min read · Nov 12, 2021

 1.4K    11

Case 3:23-cv-00844-JCS   Document 16-7   Filed 05/18/23   Page 6 of 12



Raphaël Huchet in HackerNoon.com

## How to query JSONB, beginner sheet cheat

Let's say we have to query a user table with a metadata JSONB column on a PostgreSQL 9.5+ database.

3 min read · Mar 30, 2017

2.8K    22



5/17/23, 10:44 AM                                     Nano Rebrand Announcement. To our valued community, | by Nano | HackerNoon.com | Medium

Case 3:23-cv-00844-JCS   Document 16-7   Filed 05/18/23   Page 7 of 12

 Dmitry Nozhenko in HackerNoon.com

## 5 Ways to animate a React app in 2019.

Animation in React app is a popular topic and there are many ways to create different types of animations.Many developers create…

10 min read · Jan 27, 2019

 10.7K    30                                                                                                                  



Nano in Nano

## Introducing the first solar powered nano node

How do you make the world's most efficient currency even more efficient?

2 min read · Apr 22

 58   

See all from Nano

See all from HackerNoon.com

## Recommended from Medium



🧑 The PyCoach in Artificial Corner

### You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users

Master ChatGPT by learning prompt engineering.

⭐ · 7 min read · Mar 17

👏 18.9K    💬 337                                                            🔖

5/17/23, 10:44 AM
Nano Rebrand Announcement. To build valued community… | by Nano | HackerNoon.com | Medium
Case 3:23-cv-00844-JCS Document 16-7 Filed 05/18/23 Page 9 of 12



 Linda Caroll in The Partnered Pen

## I Asked ChatGPT How To Earn $1000 Online. It Was Hilarious.

Peering in the hive mind can be really helpful, but it can also be so stupid it's funny

✦ · 6 min read · Mar 23

  10.4K  161 

---

## Lists



Staff Picks

303 stories · 65 saves



Stories to Help You Level-Up at Work

19 stories · 24 saves



Self-Improvement 101

20 stories · 59 saves



Productivity 101

20 stories · 51 saves

5/17/23, 10:44 AM
Nano Rebrand Announcement. To our valued community, by Nano | HackerNoon.com | Medium
Case 3:23-cv-00844-JCS Document 16-7 Filed 05/18/23 Page 10 of 12



 Pantera in The Crypto Kiosk

### Here's How To Earn Cryptocurrency In 2023 With No Investment

Fill Your Crypto "Bags" With "Free Crypto" And Hold As The Next Bull Run Begins

· 12 min read · Apr 21

3.3K  48



5/17/23, 10:44 AM Nano Rebrand Announcement. To our valued community, by Nano | HackerNoon.com | Medium

Case 3:23-cv-00844-JCS Document 16-7 Filed 05/18/23 Page 11 of 12

 Unbecoming

# 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my morning trail run. I'm wearing my stay-at-home mom...

✦ · 4 min read · Feb 16, 2022

47K    762



Aleid ter Weel in Better Advice

# 10 Things To Do In The Evening Instead Of Watching Netflix

Device-free habits to increase your productivity and happiness.

✦ · 5 min read · Feb 15, 2022

18.7K    259



mypathtofire in Blockchain Biz

## Play2Earn Web3 Gaming Update

Hello Web3 Gamers!

· 11 min read · Apr 29

295    3

See more recommendations