GINA L. DURHAM (SBN 295910)
*gina.durham@us.dlapiper.com*
AISLINN SMALLING (SBN 335911)
*aislinn.smalling@us.dlapiper.com*
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:  415-836-2506
Fax: 415-659-7333

KRISTINA FERNANDEZ MABRIE (SBN 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel.:    (310) 595-3000

Attorneys for Defendant
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>COINBASE GLOBAL, INC., a Delaware corporation<br><br>            Defendant. | Case No. 3:23-cv-844<br><br>**DEFENDANT COINBASE GLOBAL, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: February 24, 2023 |

**CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

**CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7-1, Defendant Coinbase Global, Inc., states that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated:  May 18, 2023

Respectfully submitted,

DLA PIPER LLP (US)

By:  */s/ Gina L. Durham*
    GINA L. DURHAM
    AISLINN SMALLING
    KRISTINA FERNANDEZ MABRIE

Attorneys for Defendant
COINBASE GLOBAL, INC.