GINA L. DURHAM (SBN 295910)
*gina.durham@us.dlapiper.com*
AISLINN SMALLING (SBN 335911)
*aislinn.smalling@us.dlapiper.com*
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:  415-836-2506
Fax: 415-659-7333

KRISTINA FERNANDEZ MABRIE (SBN 318315)
*kristina.fernandezmabrie@us.dlapiper.com*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
Tel.:    (310) 595-3000

Attorneys for Defendant
COINBASE GLOBAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation,<br><br>                            Plaintiff,<br><br>      v.<br><br>COINBASE GLOBAL, INC., a Delaware corporation<br><br>                            Defendant. | Case No. 3:23-cv-844<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COINBASE GLOBAL, INC.'S MOTION TO DISMISS NANOLABS, INC.'S FIFTH CAUSE OF ACTION UNDER FED. R. CIV. P. 12(B)(6)**<br><br>Date: July 14, 2023<br>Time: 9:30 a.m.<br>Courtroom:  F<br>Judge: Joseph C. Spero<br><br>Complaint Filed: February 24, 2023 |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIFTH CAUSE OF ACTION
Case No3:23-cv-844

WEST\302889995.1

1  Before the Court is Defendant COINBASE GLOBAL, INC.'s ("Defendant") Motion to Dismiss Plaintiff NANOLABS, INC.'s ("Plaintiff") Fifth Cause of Action for Interference with Prospective Economic Relations for the failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having reviewed the Motion to Dismiss and supporting documents, and finding good cause, the Defendant's Motion to Dismiss is **GRANTED.** Plaintiff's Fifth Cause of Action for Interference with Prospective Economic Relations fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**


Dated: _____

_____
Hon. Joseph C. Spero

---

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIFTH CAUSE OF ACTION
Case No3:23-cv-844

WEST\302889995.1