AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-844 |
| COINBASE GLOBAL, INC., a Delaware corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COINBASE GLOBAL, INC., Defendant.

Date: 05/19/2023

/s/ Aislinn Smalling
*Attorney's signature*

Aislinn Smalling SBN 335911
*Printed name and bar number*

DLA PIPER LLP (US)
555 Mission Street
Suite 2400
San Francisco, CA 94105
*Address*

aislinn.smalling@us.dlapiper.com
*E-mail address*

(415) 836-2500
*Telephone number*

(415) 836-2501
*FAX number*