AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California  ▾

NANOLABS, INC., a Delaware corporation          )
_____ )
                    *Plaintiff*                 )
                       v.                       )          Case No.   3:23-cv-844
COINBASE GLOBAL, INC., a Delaware corporation   )
_____ )
                    *Defendant*                 )

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

         I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

  COINBASE GLOBAL, INC., Defendant.                                                                      .

Date:      05/19/2023                                    */s/ Kristina Fernandez Mabrie*
     _____               _____
                                                            *Attorney's signature*

                                                    Kristina Fernandez Mabrie SBN 318315
                                            _____
                                                        *Printed name and bar number*
                                                           DLA PIPER LLP (US)
                                                         2000 Avenue of the Stars
                                                          Suite 400, North Tower
                                                          Los Angeles, CA 90067
                                            _____
                                                                *Address*

                                               kristina.fernandezmabrie@us.dlapiper.com
                                            _____
                                                            *E-mail address*

                                                            (310) 595-3000
                                            _____
                                                          *Telephone number*

                                                            (310) 595-3300
                                            _____
                                                             *FAX number*