Michael L. Rodenbaugh (Cal. Bar No. 179059)
Jonathan Frost (Cal. Bar No. 273189)
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone: (415) 738-8087
Email: mike@rodenbaugh.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>COINBASE GLOBAL, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:23-cv-844<br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIMS**<br><br>**AND DEMAND FOR JURY TRIAL** |

    Plaintiff NanoLabs, Inc. ("Plaintiff"), by and through its attorneys, files this Answer to the Counterclaims filed on May 18, 2023, by Defendant Coinbase Global, Inc., alleging as follows:

### PARTIES

1. Admitted.
2. Admitted.

### JURISDICTION AND VENUE

3. Admitted.
4. Admitted.

1      5.    Admitted.

2      6.    Admitted.

## FACTUAL BACKGROUND

7. Plaintiff admits that Coinbase Derivatives Exchange facilitates the trading of cryptocurrency futures contracts by market participants. Plaintiff lacks sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 7 of the Counterclaims, and therefore denies those allegations.

8. Plaintiff lacks sufficient knowledge or information to form a belief as to the allegations set forth in Paragraph 8 of the Counterclaims, and therefore denies those allegations.

9. Plaintiff admits that Coinbase uses infringing Nano-formative trademarks, including without limitation the Nano Bitcoin and Nano Ether Marks, and confusingly similar marks in association with cryptocurrency products and services. Plaintiff lacks sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 9 of the Counterclaims, and therefore denies those allegations.

10. Denied that Plaintiff's NANO digital currency is used only for microtransactions. Otherwise admitted.

11. Plaintiff admits that it challenges Defendant's use of infringing Nano-formative trademarks, including without limitation the Nano Bitcoin and Nano Ether Marks, and confusingly similar marks, based upon Plaintiff's registered and common law trademark rights. Plaintiff denies the remaining allegations of Paragraph 11 of the Counterclaims.

12. Denied.

13. Admitted that the word "nano" has various meanings, including "one billionth of a stated unit" and "extremely small" as set forth in Exhibit A to the counterclaims, and elsewhere.

14. Denied that the word "nano" is commonly used in relation to cryptocurrency products or services. Plaintiff lacks sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 14 of the Counterclaims, and therefore denies those allegations.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted.

26. Admitted.

27. Denied there was no use in commerce as of January 4, 2018. Otherwise admitted.

28. Denied that there was no use in commerce of Plaintiff's NANO mark prior to January 31, 2018, or that Plaintiff has admitted such. Otherwise admitted.

29. Admitted.

30. Denied that assignment of intent-to-use applications is prohibited under the circumstances of the subject assignments.

31. Denied.

32. Denied.

## FIRST COUNTERCLAIM FOR RELIEF

33. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 32, inclusive, and incorporates them as though fully set forth by this

reference herein.

34. Admitted that the word "nano" has various meanings, including "one billionth of a stated unit" and "extremely small" as set forth in Exhibit A to the counterclaims, and elsewhere.

35. Denied that the word "nano" is commonly used in relation to cryptocurrency products or services. Plaintiff lacks sufficient knowledge or information to form a belief as to the remaining allegations set forth in Paragraph 14 of the Counterclaims, and therefore denies those allegations.

36. Denied.

37. Admitted that NanoLabs was granted U.S. registration for NANO (Reg. No. 6203002) to cover digital currency and payment transactions. Otherwise denied.

38. Denied.

39. Admitted.

40. Admitted.

## SECOND COUNTERCLAIM FOR RELIEF

41. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 40, inclusive, and incorporates them as though fully set forth by this reference herein.

42. Admitted that on January 4, 2018, NanoLabs LLC assigned its three intent-to-use applications (NANO, NANO COIN, and NANO CURRENCY) to Mr. LeMahieu. Otherwise denied.

43. Denied.

44. Admitted that when Mr. LeMahieu assigned the trademark registration for NANO, and the trademark applications for NANO COIN, NANO CURRENCY, and NANO FOUNDATION to NanoLabs, Inc., Mr. LeMahieu had yet to file Statement of Use for NANO COIN, NANO CURRENCY and NANO FOUNDATION. Otherwise denied.

1   45.   Denied.

2   46.   Admitted that in an application under §1(b) of the Trademark Act, 15
3   U.S.C. §1051(b), the applicant cannot assign the application before the applicant
4   files an allegation of use (i.e., either an amendment to allege use under 15 U.S.C.
5   §1051(c) or a statement of use under 15 U.S.C. §1051(d)), except to a successor to
6   the applicant's business, or portion of the business to which the mark pertains, if
7   that business is ongoing and existing.  Otherwise denied.

8   47.   Denied.

9   48.   Denied.

10   49.   Admitted.

11   50.   Denied.

## PRAYER FOR RELIEF

Plaintiff denies the allegations in Paragraphs 1 through 6 in the "Prayer for Relief" section of the Counterclaims.  Plaintiff further denies that Coinbase is entitled to any of the relief that it seeks through the Counterclaims.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues raised in the Counterclaims.

Dated:  June 8, 2023

BY: /s/ *Mike Rodenbaugh*
Mike Rodenbaugh
RODENBAUGH LAW
548 Market Street – Box 55819
San Francisco, California 94104
Phone:  (415) 738-8087
Email:  mike@rodenbaugh.com