UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANOLABS, INC.,

    Plaintiff,

v.

COINBASE GLOBAL, INC.,

    Defendant.

Case No. 23-cv-00844-JCS

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Re: Dkt. No. 18

Plaintiff has filed an amended complaint in this case, rendering moot Defendant's motion to dismiss (dkt. no. 18). Accordingly, that motion is denied without prejudice.

**IT IS SO ORDERED.**

Dated: June 9, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge