**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**ZOOM CIVIL MINUTE ORDER**</u>

| Case No.: 23-cv-00844-JCS | Case Name: Nanolabs, Inc. v. Coinbase Global, Inc. | |
|---|---|---|
| **Magistrate Judge:** JOSEPH C. SPERO | **Date**: July 14, 2023 | **Time:** 15 M (2:08-2:23) |

**Attorney for Plaintiff:** Michael Rodenbaugh
**Attorney for Defendant:** Gina Durham, Kristina Fernandez Mabrie, Aislinn Smalling

**Deputy Clerk:** Karen Hom         **Court Reporter:** Not Reported

<u>**ZOOM WEBINAR PROCEEDINGS**</u>

1. Initial Case Mgmt Conference - Held

<u>**ORDERED AFTER HEARING**</u>

A joint letter shall be filed on 7/28/2023 identifying the method of mediation. If mediation is private, it should state the name of the mediator and the date of mediation.

Court adopted the dates in the joint case mgmt. conference statement, ECF 28, and clarified that the dispositive motions deadline date is the filing date, **not** the hearing date. Final pretrial conference and trial date will be set later.

Updated joint case mgmt. conference statement due 9/29/2023.

**CASE CONTINUED TO:**   10/6/2023 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Last day to seek leave of Court to amend pleadings:  11/10/2023**
**Discovery Cutoff:  12/22/2023**
**Expert Disclosure:   1/19/2024**
**Expert Rebuttal:  2/16/2024**
**Expert Discovery Cutoff:  3/29/2024**
**Deadline to File Dispositive Motions:  4/26/2024. To be filed on a seven (7) week track with the reply brief to be due four (4) weeks before the scheduled hearing date.**
**Motions Hearing & Daubert Motions:           at 9:30 AM**
**Pretrial Conference:         at 2:00 PM**
**Trial:         a**t **8:30 AM for         days     [ ]  Jury  [ ]  Court**