

July 28, 2023

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California

Via email: jcspo@cand.uscourts.gov

Re:   *Nanolabs, Inc. v. Coinbase Global, Inc.*, Case No. 3:23-cv-844-JCS

Dear Judge Spero,

Pursuant to the Court's minute order dated July 17, 2023 (Docket #29), the parties hereby jointly advise the Court that the parties have agreed to mediation conducted by Judge Elizabeth LaPorte, to be held October 18, 2023. Defendant requested that the mediation be in person to maximize the opportunities for settlement. Plaintiff has refused because online mediation is now very common, provides additional benefits to the parties and mediator, and is statistically equally as successful in settling matters. Moreover, Plaintiff's principals live and work in London, UK, such that travel to San Francisco for mediation would be unduly costly and burdensome.

Kind regards,

By: *Mike Rodenbaugh*
    Mike Rodenbaugh
    RODENBAUGH LAW

By: *Gina Durham*
    Gina Durham
    DLA PIPER LLP