UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., <br>     Plaintiff, <br> v. <br> COINBASE GLOBAL, INC., <br>     Defendant. | Case No. 23-cv-00844-JCS <br><br> **ORDER RE MEDIATION** <br> Re: Dkt. No. 30 |

The court has received a joint letter dated July 28, 2023, stating that the parties intend to mediate the matter before Judge Laporte, and contesting whether that mediation should be in person or be held by zoom or other remote means. The issue of whether the mediation should be remote or in person shall be resolved by Judge Laporte.

**IT IS SO ORDERED.**

Dated: August 2, 2023

JOSEPH C. SPERO
United States Magistrate Judge