Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Attorneys for Plaintiff
NANOLABS, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., | Case No.: 3:23-cv-00844-JCS |
| Plaintiff, | STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE |
| v. | |
| COINBASE GLOBAL, INC., | |
| Defendant. | |

Pursuant to Local Rule 6-2, due to pre-scheduled conflict preventing Plaintiff's counsel from attending, the parties stipulate to continue the Case Management Conference, currently set for October 27, 2023, for one week, to November 2, 2023. The attached Declaration of Michael Rodenbaugh, Esq., sets forth the information required by Local Rule 6-2.

Dated: August 9, 2023

Respectfully submitted,

By: _____

Mike L. Rodenbaugh (SBN 179059)
RODENBAUGH LAW

*Attorneys for Plaintiff,*
*NANOLABS, INC.*

United States District Court
Northern District of California

Dated: August 9, 2023                    Respectfully submitted,

                                          /s/ Gina Durham
                                          _____

                                          Gina Durham (SBN 295910)
                                          DLA PIPER LLP (US)
                                          555 Mission Street
                                          San Francisco, CA 94105
                                          Tel: (415) 836-2506
                                          Fax: (415) 659-7333
                                          Gina.durham@dlapiper.com

                                          *Attorneys for Defendant*
                                          COINBASE INTERNATIONAL, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED,**


_____          _____
Magistrate Judge Joseph C. Spero              Date

United States District Court
Northern District of California