Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Attorneys for Plaintiff
NANOLABS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANOLABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC.,<br><br>Defendant. | Case No.: 3:23-cv-00844-JCS<br><br>DECLARATION OF MICHAEL RODENBAUGH, ESQ. IN SUPPORT OF STIPULATION FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE |

I, Michael Rodenbaugh, am an active member of this bar in good standing, and declare as follows, pursuant to Local Rule 6-2.

I will be attending a pre-scheduled conference in Germany, which prevents me from attending the CMC on October 27, 2023.

Therefore, with the court's permission, the parties have stipulated to continue the Case Management Conference for one week, to November 2, 2023.

There are no previous time modifications in the case, and this modification will not materially affect the case schedule.

Dated: August 9, 2023                    Respectfully submitted,

By: _____
Mike L. Rodenbaugh (SBN 179059)
RODENBAUGH LAW

*Attorneys for Plaintiff NANOLABS, INC.*

Declaration in Support of Stipulation                                                                 1