Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Attorneys for Plaintiff
NANOLABS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., <br><br> Defendant. | Case No.: 3:23-cv-00844-JCS <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE |

Pursuant to Local Rule 6-2, due to pre-scheduled conflict preventing Plaintiff's counsel from attending, the parties stipulate to continue the Case Management Conference, currently set for October 27, 2023, for one week, to November 3, 2023. The attached Declaration of Michael Rodenbaugh, Esq., sets forth the information required by Local Rule 6-2.

Dated: August 9, 2023                    Respectfully submitted,

                                         By: _____
                                         Mike L. Rodenbaugh (SBN 179059)
                                         RODENBAUGH LAW

                                         *Attorneys for Plaintiff,*
                                         *NANOLABS, INC.*

Stipulation to Continue                                                        1
Case Management Conference

Dated: August 9, 2023

Respectfully submitted,

/s/ Gina Durham

_____

Gina Durham (SBN 295910)
DLA PIPER LLP (US)
555 Mission Street
San Francisco, CA 94105
Tel: (415) 836-2506
Fax: (415) 659-7333
Gina.durham@dlapiper.com

*Attorneys for Defendant*
COINBASE INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, AS MODIFIED.

_____          __August 9, 2023_____
Magistrate Judge Joseph C. Spero          Date