AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Nanolabs, Inc., a Delaware corporation <br> *Plaintiff* <br> v. <br> Coinbase Global, Inc., a Delaware corporation <br> *Defendant* | ) ) ) ) ) ) Case No. 3:23-cv-00844-JCS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nanolabs, Inc., a Delaware corporation

Date:   08/22/2023

*[signature]*
*Attorney's signature*

Anafrancesca Comunale, SBN 323257
*Printed name and bar number*

PO Box 22296
San Diego, CA 92192
*Address*

acomunale@rodenbaugh.com
*E-mail address*

(619) 840-1053
*Telephone number*

n/a
*FAX number*