Anafrancesca Comunale SBN 323257
PO Box 22296
San Diego, CA 92192

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., a Delaware corporation<br><br><br>Defendant. | Case No.: 3:23-cv-844<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Date of filing: September 18, 2023 |

PLEASE TAKE NOTICE that Anafrancesca Comunale, formerly an associate attorney of Rodenbaugh Law Firm, hereby withdraws as attorney for Plaintiff: Nanolabs, Inc.

Dated: September 18, 2023

Respectfully Submitted,

*/s/ Anafrancesca Comunale*

Anafrancesca Comunale

*Attorney for Plaintiff*