GINA DURHAM (SBN 295910)
gina.durham@us.dlapiper.com
AISLINN SMALLING (SBN 335911)
aislinn.smalling@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street
Suite 2400
San Francisco, California 94105-2933
Telephone:   415.836.2500
Facsimile:   415.836.2501

KRISTINA MARIE FERNANDEZ MABRIE (SBN 318315)
kristina.fernandezmabrie@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Tel: 310.595.3136
Fax: 310.595.3366

*Attorneys for Defendant*
*Coinbase Global, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-844<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:          November 3, 2023<br>Time:          2:00 pm<br>Judge:         Hon. Joseph C. Spero<br><br>Action Filed:   February 24, 2023 |
| COINBASE GLOBAL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NANOLABS, INC., a Delaware corporation,<br><br>Counterdefendant. | |

ACTIVE\1605005535.1

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 6-2, due to the parties working on a resolution, the parties stipulate to continue the Case Management Conference, currently set for November 3, 2023, four weeks to December 1, 2023.

1.     On October 18, 2023, the Parties attended mediation in front of the Honorable Judge Laporte.

2.     As a result of this mediation, the Parties require additional time as they work towards resolution.

3.     The Parties therefore stipulate to a continuance to December 1, 2023 to accommodate the Parties' desire to resolve the matter.

4.     This request supports judicial efficiency by allowing the parties additional time to resolve the case.

5.     The Parties have requested a continuance previously to account for Plaintiff counsel's travel.

6.     The dates would be amended as follows; no other dates would change.

| Date | Event |
| --- | --- |
| November 11, 2023 | Last Day to Amend Pleadings |
| November 24, 2023 | Deadline to file Amended Joint Case Management Statement |
| December 1, 2023 | Case Management Conference |
| December 22, 2023 | Discovery Cut-off |
| January 19, 2024 | Expert Disclosure |
| February 16, 2024 | Expert Rebuttal |
| March 29, 2024 | Expert Discovery Cut-off |
| April 26, 2024 | Deadline to File Dispositive Motions |

1  Dated:  October 30, 2023

2                                  **DLA PIPER LLP (US)**

3
                                   By: */s/ Gina Durham*
4                                        GINA DURHAM
                                         AISLINN N. SMALLING
5                                        KRISTINA M. FERNANDEZ MABRIE

6
                                         *Attorneys for Defendant/Counterclaimant*
7                                        *Coinbase Global. Inc.*
   Dated:  October 30, 2023
8
                                   **RODENBAUGH LAW**
9

10                                 By: */s/ Mike L. Rodenbaugh*
                                         MIKE L. RODENBAUGH
11

12                                       *Attorneys for Plaintiff/Counterdefendant*
                                         *NanoLabs, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  **ATTORNEY ATTESTATION**

2      Pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I attest that the concurrence in

3  the filing of this document has been obtained from each of the other signatories

4  shown above and that all signatories have authorized placement of their electronic

5  signature on this document.

6

7  Dated:  October 30, 2023

8                                         _/s/ Gina Durham_____
                                          Gina Durham
9

10

11

12  Dated: October 31, 2023



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE