Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Attorneys for Plaintiff
NANOLABS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COINBASE GLOBAL, INC., <br><br> Defendant. | Case No.: 3:23-cv-00844-JCS <br><br> VOLUNTARY DISMISSAL <br><br> [FRCP 41] |

    Through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action be and hereby is settled and dismissed with prejudice, and without costs.

Dated: November 23, 2023                    Respectfully submitted,

By: _/s/ Mike Rodenbaugh_

Mike L. Rodenbaugh (SBN 179059)
RODENBAUGH LAW

*Attorneys for Plaintiff,*
*NANOLABS, INC.*

Voluntary Dismissal with Prejudice                                                                 1

Dated: November 23, 2023

Respectfully submitted,

/s/ Gina Durham

_____
Gina Durham (SBN 295910)
DLA PIPER LLP (US)
555 Mission Street
San Francisco, CA 94105
Tel: (415) 836-2506
Fax: (415) 659-7333
Gina.durham@dlapiper.com

*Attorneys for Defendant*
COINBASE GLOBAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_____     _____
Magistrate Judge Joseph C. Spero            Date