Michael L. Rodenbaugh (SBN 179059)
Jonathan Frost (SBN 273189)
RODENBAUGH LAW
548 Market Street, Box 55819
San Francisco, CA 94104
Phone: (415) 738-8087

Attorneys for Plaintiff
NANOLABS, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOLABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE GLOBAL, INC.,<br><br>Defendant. | Case No.: 3:23-cv-00844-JCS<br><br>VOLUNTARY DISMISSAL<br><br>[FRCP 41] |

Through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned action be and hereby is settled and dismissed with prejudice, and without costs.

Dated: November 23, 2023            Respectfully submitted,

By: *[signature]*
Mike L. Rodenbaugh (SBN 179059)
RODENBAUGH LAW

*Attorneys for Plaintiff,*
*NANOLABS, INC.*

Voluntary Dismissal with Prejudice                                          1

Dated: November 23, 2023

Respectfully submitted,

/s/ Gina Durham

_____
Gina Durham (SBN 295910)
DLA PIPER LLP (US)
555 Mission Street
San Francisco, CA 94105
Tel: (415) 836-2506
Fax: (415) 659-7333
Gina.durham@dlapiper.com

*Attorneys for Defendant*
COINBASE GLOBAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

_____        November 27, 2023
Magistrate Judge Joseph C. Spero        Date